**MILBERG PHILLIPS GROSSMAN LLP**
David Azar (State Bar No. 218319)
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone: 212-594-5300
Email: dazar@milberg.com

**MILBERG PHILLIPS GROSSMAN LLP**
Marc Grossman (*PHV Forthcoming*)
Peggy Wedgworth (*PHV Forthcoming*)
Andrei Rado (*PHV Forthcoming*)
Jennifer Czeisler (*PHV Forthcoming*)
Blake Yagman (*PHV Forthcoming*)
Michael Acciavatti (*PHV Forthcoming*)*
  *(admitted only in Pennsylvania)
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Email: mgrossman@milberg.com
        pwedgworth@milberg.com
        arado@milberg.com
        jczeisler@milberg.com
        byagman@milberg.com
        macciavatti@milberg.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MATTHEW AJZENMAN, SUSAN TERRY-BAZER, on behalf of themselves, and all others who are similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated | CASE NO. 2:20-cv-3643<br><br>**CLASS ACTION COMPLAINT**<br>**JURY TRIAL DEMANDED**<br><br>**1.** VIOLATIONS OF STATE CONSUMER PROTECTION STATUTES – COUNT 1: CALIFORNIA's CONSUMER LEGAL REMEDIES ACT, Cal. Civ. Code §1750 *et seq*.; |

CLASS ACTION COMPLAINT

association doing business as MAJOR
LEAGUE BASEBALL, ROBERT D.
MANFRED, JR.; AZPB Limited
Partnership; AZPB I, INC; ATLANTA
NATIONAL LEAGUE BASEBALL
CLUB INC.; ATLANTA NATIONAL
LEAGUE BASEBALL CLUB, LLC;
BALTIMORE ORIOLES LIMITED
PARTNERSHIP; BALTIMORE
ORIOLES INC; BALTIMORE
BASEBALL CLUB INC.; BOSTON
RED SOX BASEBALL CLUB
LIMITED PARTNERSHIP; FENWAY
SPORTS GROUP LLC; NEW
ENGLAND SPORTS VENTURES,
LLC; CHICAGO NATIONAL LEAGUE
BASEBALL CLUB, INC.; CHICAGO
WHITE SOX LTD.; CHISOX CORP.;
THE CINCINNATI REDS, LLC;
CLEVELAND INDIANS BASEBALL
COMPANY LP; COLORADO
BASEBALL PARTNERSHIP;
COLORADO ROCKIES BASEBALL
CLUB, LTD.; OLYMPIA
ENTERTAINMENT, INC.; DETROIT
TIGERS, INC.; CRANE CAPITAL
GROUP; HOUSTON ASTROS INC.;
HOUSTON ASTROS LLC; KANSAS
CITY ROYALS BASEBALL CORP.;
KANSAS CITY ROYALS BASEBALL
CLUB, INC.; ANGELS BASEBALL LP;
MORENO BASEBALL LP;
GUGGENHEIM BASEBALL
MANAGEMENT LLC; LOS ANGELES
DODGERS, INC.; MIAMI MARLINS
L.P.; MIAMI MARLINS, INC.;
MILWAUKEE BREWERS BASEBALL
CLUB, INC.; MILWAUKEE BREWERS
HOLDINGS LLC; MINNESOTA
TWINS, LLC; STERLING

**2.** VIOLATIONS OF STATE
CONSUMER PROTECTION
STATUTES – COUNTS 2 and 3:
CALIFORNIA's UNFAIR
COMPETITION LAW, Bus. &
Prof. Code § 17200 *et seq*.;

**3.** CIVIL CONSPIRACY; and

**4.** UNJUST ENRICHMENT

DOUBLEDAY ENTERPRISES LP;
METS PARTNERS INC.; NEW YORK
YANKEES PARTNERSHIP; YANKEE
GLOBAL ENTERPRISES LLC.;
ATHLETICS INVESTMENT GROUP
LLC.; PHILLIES LP; PITTSBURGH
ASSOCIATES LP; PITTSBURGH
BASEBALL, INC.; PADRES, L.P.; SAN
FRANCISCO BASEBALL
ASSOCIATES L.P.; THE BASEBALL
CLUB OF SEATTLE LLLP;
BASEBALL OF SEATTLE INC.; ST.
LOUIS CARDINALS LLC; ST. LOUIS
NATIONAL BASEBALL CLUB INC.;
TAMPA BAY DEVIL RAYS LTD.;
RANGERS BASEBALL EXPRESS
LLC; ROGERS BLUE JAYS
BASEBALL PARTNERSHIP;
TORONTO BLUE JAYS BASEBALL
LTD; WASHINGTON NATIONALS
BASEBALL CLUB LLC;
TICKETMASTER LLC; LIVE NATION
WORLDWIDE, INC.; LIVE NATION
ENTERTAINMENT, INC.; STUBHUB,
INC.; and LAST MINUTE
TRANSACTIONS, INC.,

Defendants.

Plaintiffs   MATTHEW AJZENMAN and SUSAN TERRY-BAZER (collectively, "Plaintiffs"), by and through their counsel, bring this action on behalf of themselves and all others similarly situated, against the following defendants: the Office of the Commissioner of Baseball, an unincorporated association doing business as Major League Baseball; Robert D. Manfred, Jr. (collectively, "MLB" or the "Major League Baseball Defendants"); AZPB Limited Partnership and AZPB I, Inc.; Atlanta National League Baseball Club, Inc.; Atlanta National League Baseball Club, LLC.; Baltimore Orioles Limited Partnership; Baltimore Orioles Inc.; Baltimore Baseball Club Inc.; Boston Red Sox Baseball Club Limited Partnership; Fenway Sports Group LLC; New England Sports Ventures LLC; Chicago National League Baseball Club Inc.; Chicago White Sox Ltd.; Chisox Corp.; The Cincinnati Reds, LLC; Cleveland Indians Baseball Co. LP; Colorado Baseball Partnership; Colorado Rockies Baseball Club Ltd.; Olympia Entertainment, Inc.; Detroit Tigers Inc.; Crane Capital Group, Houston Astros Inc.; Houston Astros LLC; Kansas City Royals Baseball Corp.; Kansas City Royals Baseball Club, Inc.; Angels Baseball LP; Moreno Baseball LP; Guggenheim Baseball Management, LLC; Los Angeles Dodgers Inc.; Miami Marlins LP; Miami Marlins Inc.; Milwaukee Brewers Baseball Club, Inc.,; Milwaukee Brewers Holdings LLC; Minnesota Twins, LLC; Sterling Doubleday Enterprises LP; Mets Partners Inc.; New York Yankees Partnership; Yankee Global Enterprises LLC; Athletics Investment Group LLC; Phillies LP; Pittsburgh Associates LP; Pittsburgh Baseball Inc.; Padres LP; San Francisco Baseball Associates LP; The Baseball Club of Seattle LLLP; Baseball of Seattle Inc.; St. Louis Cardinals LLC; St. Louis National Baseball Club Inc.; Tampa Bay Devil Rays Ltd.; Rangers Baseball Express LLC; Rogers Blue Jays Baseball Partnership; Toronto Blue Jays Baseball Ltd.; and Washington Nationals Baseball Club LLC, (collectively, "Team Defendants" or the "Teams"); Ticketmaster, LLC; Live Nation Worldwide Inc., Live Nation Entertainment, Inc.; StubHub, Inc.; and Last Minute Transactions, Inc. (collectively, "Ticket Merchant"

1

CLASS ACTION COMPLAINT

Defendants).[1]

As a result of the conduct alleged herein, Plaintiffs bring this action pursuant to California's Unfair Competition Law, Bus. & Prof. Code § 17200, *et seq.*, California's Consumer Legal Remedies Act, Cal. Civ. Code §1750, *et seq.*, civil conspiracy, and for unjust enrichment under the common law. This action seeks a public injunction and other equitable relief, including full restitution, an accounting of all MLB tickets sold for the 2020 season (including season tickets, single game purchases, and public seat licenses), a declaratory judgment that Defendants' conduct of continuing to sell tickets for the 2020 MLB regular season violates California law, as well as a disgorgement of profits from tickets sold during the 2020 MLB season.

## I.   <u>INTRODUCTION</u>

More than $1 billion in consumer capital is tied up in tickets to games that are stuck in limbo because of the pandemic, according to conservative estimates. It affects ticket holders of all stripes and trickles downstream to the secondary markets, such as StubHub, which faces its own financial reckoning if games are canceled.

*--Brent Schrotenboer, USA Today*[2]

We strongly encourage each company to fully refund all consumers affected by canceled or postponed events. Many Americans are currently facing economic hardship due to COVID-19 . . . . Full refunds, including all ancillary fees, should be issued so fans can spend or save their money as they need during this time of national crisis.

*--Frank Pallone, House Energy and Commerce Committee Chairman*[3]

---

[1] MLB or Major League Baseball Defendants, Team Defendants or Teams and Ticket Merchants are collectively, "Defendants."

[2] Brent Schrotenboer, *Need a refund on those tickets to NBA, NHL or baseball games? Hold that thought,* USA TODAY (Mar. 25, 2020), https://www.usatoday.com/story/sports/2020/03/25/ coronavirus-update-nba-nhl-mlb-hold-ticket-refunds-limbo/2908586001/.

[3] Bill Shaikin, *The Dodgers and Angels aren't playing. Shouldn't game tickets be*

2

1.    This is a consumer class action against Major League Baseball, the Teams that comprise MLB, and MLB Ticket Merchants, that refuse to refund money to MLB's fans who purchased tickets for the 2020 MLB season. Baseball fans have been held in limbo as a result of an MLB directive not to issue refunds[4] – despite near impossibility to play a standard 162-game season with spectators – in an unprecedented time of economic hardship as a result of the Novel Coronavirus Disease ("COVID-19"). Over the course of history, few moments have been as challenging as the COVID-19 public health and economic crisis, and Defendants have chosen to shift their losses to loyal fans, furthering their financial hardship. During this unprecedented time, over ten thousand Americans have died and approximately 22 million Americans have filed initial unemployment claims over the last few weeks – soaring numbers unlike anything this country has seen in modern times.[5] Aside from the emotional and physical toll this crisis is causing, the utter devastation of the American economy during the first quarter of the 2020 fiscal year has driven Americans into dire economic straits.

2.    While many businesses across this country have acted lawfully and ethically by providing consumers with refunds for events that will never occur during this pandemic, sometimes at the risk of bankruptcy, it remains notable that America's pastime – baseball – is refusing to do right by its fans. As stadiums remain empty for the foreseeable future,[6]

_refunded?_ LOS ANGELES TIMES (Apr. 10, 2010),
https://www.latimes.com/sports/dodgers/story/2020-04-10/mlb-coronavirus-dodgers-angels-ticket-refunds.
[4] Al Yellon, _Let's talk about ticket refunds for unpaid games_, BLEED CUBBIE BLUE: FOR CHICAGO CUBS FANS (Apr. 13, 2020),
https://www.bleedcubbieblue.com/2020/4/13/21218507/ ticket-refunds-unplayed-games-mlb-cubs-2020.
[5] April Long, _U.S. now has 22 million unemployed, wiping out a decade of job_ gains, THE WASHINGTON POST (Apr. 16, 2020),
https://www.washingtonpost.com/business/2020/04/16/ unemployment-claims-coronavirus/.
[6] _Dr. Anthony Fauci promotes fan-free return for sports_, ESPN NEWS SERVICE (Apr. 15, 2020), https://www.espn.com/espn/story/_/id/29038491/dr-anthony-fauci-promotes-

baseball fans are stuck with expensive and unusable tickets for unplayable games in the midst of this economic crisis. Under the pretext of "postponing" games, at the directive of MLB, Teams and Ticket Merchants are refusing to issue refunds for games which are not going to be played as scheduled – if ever; and, should any games be played this year, it is almost certain that they will be played without spectators. Almost a month after Opening Day was canceled, Defendants have failed to proffer any plan.

3.    Until the Defendants remediate the damage they have caused to Plaintiffs and Class members,[7] fans continue to absorb the loss on ticket sales that Defendants, in concert with one another, have caused. Defendants should immediately refund baseball ticket purchases, including all ancillary fees, to each Plaintiff and Class member for the COVID-19 affected season.

## II.    <u>JURISDICTION AND VENUE</u>

4.    This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2). The amount-in-controversy, exclusive of costs and interests, exceeds the sum of $5,000,000.00, in the aggregate as there are well over 100 members of the Classes that are known to exist, and this is a class action in which the Plaintiffs are from a different State than the Defendant. Namely, Plaintiffs are New York residents while one of the Defendants, Ticketmaster, is headquartered in this District, and is a California citizen.

5.    The Court has personal jurisdiction because, among other reasons, Defendant Ticketmaster and Live Nation are located in Los Angeles, California. Further, Defendants Ticketmaster, Angels Baseball LP, Moreno Baseball LP, Guggenheim Baseball Management, and the Los Angeles Dodgers, Inc., all have their principal place of business in California, specifically in this District.

---

single-site-fan-free-return-sports.

[7] *See infra* Section V: Class Action Allegations.

6.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(1) because the aforementioned Defendants reside in this District and are residents of the State of California.

7.     Alternatively, venue is proper in this District because Defendant Ticketmaster wrongfully retained funds from the Plaintiff in this District.

### III.     PARTIES

#### A.     Plaintiffs

8.     Plaintiff Matthew Ajzenman is a New York resident. Prior to the beginning of the MLB season, Plaintiff purchased a package of season tickets for over twenty (20) MLB games directly from Defendants Sterling Doubleday Enterprises LP and Mets Partners Inc. (the "New York Mets") for the 2020 MLB season. The tickets – which cost approximately $1,730.00 – were purchased by Plaintiff on a payment plan; the first payment (approximately $317.00) was made to the New York Mets in 2019.

9.     The games, which were to be played at CitiField in Queens, New York, have been "postponed" according to an MLB directive, and the New York Mets have not issued refunds, causing Plaintiff financial injury.

10.     Plaintiff Susan Terry-Bazer is a New York resident. Prior to the beginning of the MLB season, Plaintiff purchased six (6) tickets through Defendant Ticketmaster for an MLB game to be played on May 9, 2020 between the two MLB rival teams: the New York Yankees (Defendant New York Yankees Partnership and Yankee Global Enterprises) and the Boston Red Sox (Defendants Boston Red Sox Baseball Club LP, New England Sports Ventures LLC, and Fenway Sports Group LLC). The tickets – which cost over $926.00 – were purchased by Plaintiff to take her grandson to a New York Yankees game, his favorite MLB team. In March of 2020, Plaintiff attempted to obtain a refund from Ticketmaster and was informed no such refund could be offered.

11.     The game, which was to be played at Yankee Stadium in the Bronx, New York, has been "postponed" according to an MLB directive, and Ticketmaster has not issued refunds, causing Plaintiff financial injury.

### B.     Defendants

**The Major League Baseball Defendants**

12.     Defendant Office of the Commissioner of Baseball, also doing business as Major League Baseball, is an unincorporated association comprised of 30 team members,[8] the "Team Defendants." MLB has unified operation and common control over the Teams, as well as agent corporations which all do business as MLB. MLB's principal place of business is located in New York, New York. Defendant Office of the Commissioner of Baseball acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

13.     Defendant Robert D. Manfred Jr. is the current Commissioner of Baseball ("Commissioner Manfred") for MLB. Commissioner Manfred was elected to this position on August 14, 2014 by the Team owners. Defendant Commissioner Manfred acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

14.     The Commissioner and his office are tasked with carrying out discipline and decisions in the "best interest of the national game of Baseball."[9] The Commissioner and his office are financed by the Teams,[10] and the Commissioner works on an "Executive Council" in coordination with eight (8) Teams of his choosing in order "*to cooperate, advise and confer with the Commissioner and other offices, agencies, and individuals in an effort to promote and protect the interests of the [Teams] and to perpetuate Baseball as*

---

[8] *See* Major League Constitution ("M.L.C.") (adopted Mar. 1921), Art. II, § 1.
[9] *See id.* Art. II, § 2(b).
[10] *Id.* Art. II, § 7.

*the national game of America, and to surround Baseball with such safeguards as may warrant absolute public confidence in its integrity, operations, and methods.*"[11]

**The Team Defendants**

15.    Each season, through the coordination of the Office of the Commissioner, each of the Team Defendants agree to play other Team Defendants to comprise a schedule of approximately 162 games. MLB's Constitution refers to each regular season as a "championship season."[12] Pursuant to Major League Baseball's Constitution, a majority vote of the Teams is required in order to take "**[a]ny action related to scheduling for the championship season**."[13] Thus, in a crisis like the COVID-19 pandemic, it would require a majority vote of the Teams to make a decision about whether games would be rescheduled or canceled. At a minimum, no one game can be rescheduled without the coordination of at least two Teams.

16.    The following Defendant Teams each employed similar conduct with respect to the refusal to issue refunds for games during the 2020 MLB regular season.

17.    *Defendant Arizona Diamondbacks.* MLB Team, AZPB Limited Partnership and AZPB I, Inc. acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Arizona.

18.    *Defendant Atlanta Braves.* MLB Team, the Atlanta National League Baseball Club, LLC., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Georgia.

19.    *Defendant Baltimore Orioles.* MLB Team, Baltimore Orioles Limited Partnership, Baltimore Orioles Inc., and Baltimore Orioles Baseball Club Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Maryland.

---

[11] *Id.* Art. I, § 1; Art. III, § 2(a) (emphasis added).
[12] *Id.* Art. V, § 2(a)(2); Art. IX.
[13] *Id.* Art. V, § 2(a)(2) (emphasis added).

7

20.     *Defendant Boston Red Sox.* MLB Team, Boston Red Sox Baseball Club Limited Partnership, New England Sports Ventures, LLC, and Fenway Sports Group LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Massachusetts.

21.     *Defendant Chicago Cubs.* MLB Team, the Chicago National League Baseball Club, Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Illinois.

22.     *Defendant Chicago White Sox.* MLB Team, Chicago White Sox, Ltd. and Chisox Corp., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Illinois.

23.     *Defendant Cincinnati Reds.* MLB Team, The Cincinnati Reds LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Ohio.

24.     *Defendant Cleveland Indians.* MLB Team, Cleveland Indians Baseball Company, LP. acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Ohio.

25.     *Defendant Colorado Rockies.* MLB Team, Colorado Baseball Partnership and Colorado Rockies Baseball Club Ltd., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Colorado.

26.     *Defendant Detroit Tigers.* MLB Team, Olympia Entertainment Inc. and Detroit Tigers Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Michigan.

27.     *Defendant Houston Astros.* MLB Team, Crane Capital Group, Houston Astros Inc., and Houston Astros LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Texas.

28.     *Defendant Kansas City Royals.* MLB Team, Kansas City Royals Baseball Club, Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Missouri.

29.     *Defendant Los Angeles Angels.* MLB Team, Angels Baseball LP and Moreno Baseball LP, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in California.

30.     *Defendant Los Angeles Dodgers.* MLB Team, Guggenheim Baseball Management, LLC and Los Angeles Dodgers, Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in California.

31.     *Defendant Miami Marlins.* MLB Team, Miami Marlins LP, and Miami Marlins Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Florida.

32.     *Defendant Milwaukee Brewers.* MLB Team, Milwaukee Brewers Baseball Club and Milwaukee Brewers Holdings LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Wisconsin.

33.     *Defendant Minnesota Twins.* MLB Team, Minnesota Twins, LLC acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Minnesota.

34.     *Defendant New York Mets.* MLB Team, Sterling Doubleday Enterprises LP and Mets Partners Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in New York.

35.     *Defendant New York Yankees.* MLB Team, New York Yankees Partnership and Yankee Global Enterprises LLC, acted and continues to act on its own behalf and

CLASS ACTION COMPLAINT

jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in New York.

36.   *Defendant Oakland Athletics.* MLB Team, Athletics Investment Group LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in California.

37.   *Defendant Philadelphia Phillies.* MLB Team, the Phillies LP, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Pennsylvania.

38.   *Defendant Pittsburgh Pirates.* MLB Team, Pittsburgh Associates LP and Pittsburgh Baseball Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Pennsylvania.

39.   *Defendant San Diego Padres.* MLB Team, the Padres Group, Padres LP, and the Padres Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in California.

40.   *Defendant San Francisco Giants.* MLB Team, San Francisco Baseball Associates LP and SF Giants Baseball Club, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in California.

41.   *Defendant Seattle Mariners.* MLB Team, The Baseball Club of Seattle LLLP and Baseball of Seattle Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in the state of Washington.

42.   *Defendant St. Louis Cardinals.* MLB Team, St. Louis Cardinals LLC and St. Louis National Baseball Club Inc., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Missouri.

CLASS ACTION COMPLAINT

43.   *Defendant Tampa Bay Rays*. MLB Team, Tampa Bay Rays Ltd., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Florida.

44.   *Defendant Texas Rangers*. MLB Team, Rangers Baseball Express LLC and Texas Rangers Baseball Club, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Texas.

45.   *Defendant Toronto Blue Jays*. MLB Team, Rogers Blue Jays Baseball Partnership and Toronto Blue Jays Baseball Ltd., acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Canada.

46.   *Defendant Washington Nationals*. MLB Team, Washington Nationals Baseball Club LLC, acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein. The Team is principally located in Washington, D.C.

**The Ticket Merchant Defendants**

47.   Defendant Ticketmaster LLC ("Ticketmaster) is a Virginia corporation with its principal place of business located in Los Angeles, California. This organization is an authorized reseller of MLB tickets. Defendant Ticketmaster acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

48.   Defendant Live Nation Entertainment, Inc. ("Live Nation Entertainment") is a Delaware corporation with its principal place of business located in New York, New York, and is the parent company of Ticketmaster. Defendant Live Nation Entertainment acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

49.   Defendant Live Nation Worldwide, Inc. ("Live Nation Worldwide") is a Delaware corporation with its principal place of business located in New York, New York

CLASS ACTION COMPLAINT

and is the parent company of Ticketmaster. Defendant Live Nation Worldwide acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

50.     Defendant StubHub, Inc. ("StubHub") is a Delaware corporation with its principal place of business located in San Francisco, California. Defendant StubHub acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

51.     On November 16, 2017, StubHub and MLB announced they reached a five-year renewal for StubHub to continue to serve as the Official Fan-to-Fan Ticket Marketplace of MLB.com and the 30 Teams. MLB's website has a page devoted to StubHub and states in part, "StubHub is the largest ticket marketplace in the world, based on sales, and the Official Fan to Fan Ticket Marketplace of MLB.com."[14]

52.     Defendant Last Minute Transactions, Inc.  ("Last Minute Transactions") is a Delaware corporation and a subsidiary and/or affiliate of StubHub, Inc., with its principal place of business located in San Francisco, California. Last Minute Transactions, Inc. is a party to StubHub's contractual agreement with its customers. Defendant Last Minute Transactions acted and continues to act on its own behalf and jointly with Defendants as to the unlawful conduct alleged herein.

## IV.   **FACTUAL ALLEGATIONS**

### A.   **MLB's Season is Brought to a Standstill by the COVID-19 Pandemic**

53.     MLB's Teams were set to begin their regular season with Opening Day on March 26, 2020. The season was to run from March 26, 2020 through the first week of October (depending on the playoff schedule); this includes 81 games at the respective home stadium of each Team.

---

[14] StubHub: The Official Fan-to-Fan Ticket Marketplace of MLB.com, https://www.mlb.com/tickets/stubhub (last visited Apr. 19, 2020).

CLASS ACTION COMPLAINT

54.     However, on March 12, 2020, Commissioner Manfred cancelled the remainder of the preparatory portion prior to the regular season (Spring Training), and postponed the start of the baseball season by two weeks due to COVID-19.[15] In its online statement posted to mlb.com, MLB failed to address restitution for the millions of fans who purchased tickets to see their favorite teams play. MLB's statement, in pertinent part, reads:

> Major League Baseball has cancelled the remainder of its Spring Training games, also announcing that the start of the 2020 regular season will be delayed by at least two weeks due to the national emergency created by the coronavirus pandemic.
>
> The decision was announced following a call with all 30 Clubs and after consultation with the Major League Baseball Players Association. Opening Day was originally scheduled for Thursday, March 26.
>
> MLB said the action "is being taken in the interests of the safety and well-being of our players, Clubs and our millions of loyal fans."
>
> ….
>
> MLB and its Clubs have been preparing a variety of contingency plans regarding the 2020 regular-season schedule. The league plans to announce the effects on the schedule at an appropriate time, though MLB has said "it will remain flexible as events warrant, with the hope of resuming normal operations as soon as possible."
>
> "Nothing is more important to us than the health and safety of our players, employees and fans," the league said in its announcement. "MLB will continue to undertake the precautions and best practices recommended by public health experts. We send our best wishes to all individuals and communities that have been impacted by coronavirus."
>
> ….
>
> "This is an unprecedented time, and this is certainly an unprecedented decision that was made in the best interest of players, fans, and communities across the country," [Miami] Marlins [Chief Executive Officer] Derek Jeter said in a statement.

---

[15] Mark Feinsand, *Opening Day delayed, Spring games canceled*, MLB NEWS (Mar. 12, 2020), https://www.mlb.com/news/mlb-2020-season-delayed.

CLASS ACTION COMPLAINT

….

> "It's unfortunate, but I think it's the proper measure we need to take now given the situation the country's in and the world's in," Yankees outfielder Giancarlo Stanton told reporters . . . . "It's important to know that some things are bigger than baseball, bigger than sports."[16]

55.     On March 17, 2020, the Tampa Bay Rays, posted an update about ticketing that provided little guidance for fans seeking refunds. The update states: "While the start of the 2020 season has been delayed due to the CDC's latest guidelines, **no games have been cancelled.** Major League Baseball is working on a variety of contingency plans with the hope of resuming normal operations as soon as possible. Ticket exchange options and refund policies will be communicated to affected ticket holders at a later date. Fans are encouraged to check back here for more information related to scheduling updates of the 2020 regular season."[17]

56.     Other Teams provided similar information on their official pages on MLB's website, almost all noting the decision-making process on postponing games pursuant to a joint or collaborative decision with MLB.[18] The Team site updates, pertinent part excerpted, follow:

   a.     ***Arizona Diamondbacks 2020 Season Updates***[19]

The Arizona Diamondbacks page on MLB's website reprinted MLB's April 7, 2020 statement:

---

[16] *Id.*

[17] MLB.COM, *Tampa Bay Rays 2020 Season Updates - Ticketing*, https://www.mlb.com/rays/fans/update (last visited Apr. 19, 2020) (emphasis in original).

[18] MLB also stated that the decision to suspend all baseball operations, including Spring Training and the 2020 regular season, "came after discussions with all 30 Clubs as well as the MLB Players Association . . . ." MLB.COM, *What fans need to know about coronavirus*, https://www.mlb.com/covid19resources (last visited Apr. 19, 2020) (emphasis in original).

[19] MLB.COM, *Arizona Diamondbacks 2020 Season Updates*, https://www.mlb.com/dbacks/fans/update (last visited Apr. 19, 2020).

14

CLASS ACTION COMPLAINT

MLB has been actively considering numerous contingency plans that would allow play to commence once the public health situation has improved to the point that it is safe to do so. While we have discussed the idea of staging games at one location as one potential option, we have not settled on that option or developed a detailed plan. While we continue to interact regularly with governmental and public health officials, we have not sought or received approval of any plan from federal, state and local officials, or the Players Association.

b. ***Atlanta Braves 2020 Season Updates***[20]

The Atlanta Braves page on MLB's website states: "There is no official start date for the regular season at this time. ***The Braves will continue to work with MLB to evaluate ongoing events.*** We will provide additional information and updates as they become available."

c. ***Baltimore Orioles 2020 Season Updates***[21]

The Baltimore Orioles page on MLB's website states: "There is no official start date for the season at this time. What we do know is that the start of the season will be delayed at least six weeks. Opening Day had been scheduled for Thursday, March 26. MLB will continue to evaluate ongoing events leading up to the start of the season. Guidance related to daily operations and workouts will continue to be relayed to all 30 clubs as the information becomes available."

d. ***Boston Red Sox 2020 Season Updates***[22]

The Boston Red Sox page on MLB's website states: "At this time, the start of the 2020 regular season has been delayed by at least eight weeks. **No games have been cancelled.** We are working with the league and will announce the effects on the schedule

---

[20] MLB.COM, *Atlanta Braves 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/braves/fans/updates, (last visited Apr. 19, 2020) (emphasis added).
[21] MLB.COM, *Baltimore Orioles 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/orioles/team/update#ticketing-policies (last visited Apr. 19, 2020).
[22] MLB.COM, *Boston Red Sox 2020 Season Updates– Frequently Asked Questions*, https://www.mlb.com/redsox/fans/2020-updates (last visited Apr. 19, 2020) (emphasis in original).

15

at the appropriate time . . . . When updated information becomes available with respect to the postponed games, we will notify ticket buyers directly."

        e.    ***Chicago Cubs 2020 Season Updates***[23]

        The Chicago Cubs page on MLB's website states:

> The health and safety of our fans, players and associates is the top priority of the Chicago Cubs and Major League Baseball (MLB). The Cubs believe MLB's decision is in the best interests of the safety and well-being of the public and the game of baseball. We hope to play baseball at Wrigley Field as soon as possible ***and will continue to work in close coordination with MLB*** . . . .
>
>                     **. . . .**
>
> Given the uncertainty, we are planning for various timelines and operating scenarios. ***We are continuing to work in close coordination with*** MLB and will communicate scheduling decisions and resulting ticketing policies as they are authorized by MLB. Once we receive more definitive information, please know we will act quickly and with the best interest of our associates, players and fans top of mind.

        f.    ***Chicago White Sox 2020 Season Updates***

        The Chicago White Sox page on MLB's website states: "***The organization is working diligently with MLB*** to address the many aspects of this continually evolving situation. As updated official information from MLB becomes available, the White Sox will communicate to fans through a variety of channels, including White Sox Twitter (@WhiteSox) and on the White Sox website (whitesox.com) . . . ."[24] "MLB is developing several contingency plans for the 2020 regular season schedule. **No games have been canceled.**"[25]

---

[23] MLB.COM, *Chicago Cubs 2020 Season Updates Frequently Asked Questions*, (last updated Mar. 12, 2020), https://www.mlb.com/cubs/team/statement (last visited Apr. 19, 2020) (emphasis in original).

[24] MLB.COM, *Chicago White Sox 2020 Season Updates* (last updated Mar. 19, 2020), https://www.mlb.com/whitesox/fans/season-update?affiliateId=cws-seasonupdate-panel-031920 (last visited Apr. 19, 2020) (emphasis added).

[25] MLB.COM, *Chicago White Sox 2020 Season Updates – Frequently Asked Questions*,

g.    ***Cincinnati Reds 2020 Season Updates***[26]

The Cincinnati Reds page on MLB's website states: "Following the announcements from the State of Ohio and Major League Baseball related to the Coronavirus Disease 2019 (COVID-19), the Reds are preparing a variety of contingency plans regarding the 2020 regular season schedule. . . . At this time, no refunds will be issued."

h.    ***Cleveland Indians 2020 Season Updates***[27]

The Cleveland Indians page on MLB's website states:

**When will Opening Day be?**

At this time we do not have any further details regarding the start of our season. All I can tell you is that we will be delaying Opening Day by at least eight weeks. MLB will continue to reassess the COVID-19 situation in the United States on a regular basis. As we receive more information we will let you know.

**Can I get a refund for the tickets that I purchased?**

We appreciate and understand your concerns; however, at present, there are no plans to cancel any regular season games. Though we won't be starting the season on schedule, at this time MLB intends for all scheduled games to be played. ***We will continue to monitor the situation along with Major League Baseball*** and appreciate your patience and understanding. As soon as we learn a game is cancelled and not rescheduled by MLB, we will offer fan-friendly value options to either exchange cancelled games or receive a refund.

**Opening Day has already been cancelled why won't you give me my money back?**

---

https://www.mlb.com/whitesox/fans/season-update?affiliateId=cws-seasonupdate-panel-031920 (last visited Apr. 19, 2020) (emphasis in original).

[26] MLB.COM, *Cincinnati Reds Tickets*, https://www.mlb.com/reds/tickets (last visited Apr. 19, 2020).

[27] MLB.COM, *Cleveland Indians 2020 Season Updates – Frequently Asked Questions* (last updated March 17, 2020), https://www.mlb.com/indians/team/update (last visited Apr. 19, 2020) (emphasis added).

17

At this point there have been no announcements regarding the adjusted schedule for the regular season schedule. Once we receive more information we will let you know what the specific plans are regarding any potential missed or rescheduled games.

      i.     ***Colorado Rockies 2020 Season Updates***[28]

The Colorado Rockies page on MLB's website states: "With the start of the 2020 regular season being delayed, the Colorado Rockies and Major League Baseball are working on a variety of contingency plans with the hope of resuming normal operations as soon as possible. At this time, fans should retain their game tickets and await further direction as details are being finalized. Fans are encouraged to check back here for information related to schedule updates of the 2020 regular season."

      j.     ***Detroit Tigers 2020 Season Updates***

The Detroit Tigers page on MLB's website states: ***"We are diligently working with Major League Baseball*** on new plans for the upcoming 2020 season."[29] "Regular Season: Major League Baseball is committed to playing as many games as possible in the 2020 season …. With MLB's announcement, Single Game Tickets purchased directly through the Detroit Tigers will be eligible for exchange for a future 2020 Regular Season Tigers Home Game.[30]

---

[28] MLB.COM, *Colorado Rockies 2020 Season Updates  – Frequently Asked Questions* (last updated April 8, 2020), https://www.mlb.com/rockies/fans/update (last visited Apr. 19, 2020) (emphasis added).

[29] MLB.COM, *Detroit Tigers 2020 Season Updates – Message from the Detroit Tigers* (Mar. 12, 2020 update), https://www.mlb.com/tigers/fans/update#faq (last visited Apr. 19, 2020) (emphasis added).

[30] MLB.COM, *Detroit Tigers 2020 Season Updates – Detroit Tigers COVID-19 Ticketing Policy* (Mar. 23, 2020 update), https://www.mlb.com/tigers/fans/update (last visited Apr. 19, 2020).

CLASS ACTION COMPLAINT

k.   ***Houston Astros 2020 Season Updates***[31]

The Houston Astros page on MLB's website states: "We will keep fans updated on decisions regarding plans for the 2020 schedule in the days and weeks ahead. We remain committed to playing as many games as possible when the season begins. We will continue to monitor ongoing events and undertake the precautions and best practices recommended by public health experts, and urge all baseball fans to follow suit."

l.   ***Kansas City Royals 2020 Season Updates***[32]

The Kansas City Royals page on MLB's website states: **"**As an organization we continue to monitor the developments related to COVID-19, and ***remain in constant contact with Major League Baseball***, following their lead as things seem to change on almost a daily basis . . . . We will remain in close communication with the Office of the Commissioner . . . . Due to MLB's decision to postpone the season due to COVID-19, there is no official start date for the regular season at this time. What we do know is that the start of the season will be delayed. ***The Royals will continue to work with MLB to evaluate ongoing events*** leading up to the new start of the season."

m.   ***Los Angeles Angels 2020 Season Updates***[33]

The Los Angeles Angels page on MLB's website states: "Major League Baseball has delayed the start of the 2020 season due to the coronavirus. Updates to come."

n.   ***Los Angeles Dodgers 2020 Season Updates***[34]

The Los Angeles Dodgers page on MLB's website states, "There is no official start date for the regular season at this time. ***The Dodgers will continue to work with MLB to***

---

[31] MLB.COM, *Houston Astros 2020 Season Updates*, https://www.mlb.com/astros/tickets (last visited Apr. 19, 2020).

[32] MLB.COM, *Kansas City Royals 2020 Season Updates* (Mar. 16, 2020) *and Frequently Asked Questions*, https://www.mlb.com/royals/fans/update (last visited Apr. 19, 2020) (emphasis added).

[33] MLB.COM, *Los Angeles Angels 2020 Season Updates – Tickets*, https://www.mlb.com/angels/tickets (last visited Apr. 19, 2020).

[34] MLB.COM, *Los Angeles Dodgers 2020 Season Updates – Frequently Asked Questions*,

*evaluate ongoing events.* We will provide additional information and updates as they become available."

    o.   **_Miami Marlins 2020 Season Updates_**[35]

        The Miami Marlins page on MLB's website states: "The situation with COVID-19 continues to evolve very rapidly. The Marlins are monitoring this situation closely **_and remain in close contact with MLB_**, government officials, medical professionals, and other relevant parties to make sure that we are apprised of the latest developments regarding this virus. At this time, we are not sure the extent to which this season will be impacted by this decision. The Marlins will make additional announcements, including those regarding ticket information, as details become available."

    p.   **_Milwaukee Brewers 2020 Season Updates_**[36]

        The Milwaukee Brewers page on MLB's website states:

**When will the 2020 season start?**

We do not know when the season will begin, nor do we know what the schedule will look like. This will be determined by Major League Baseball in consultation with public health and policy experts.

**How will the schedule be adjusted for the 2020 season?**

MLB is developing several contingency plans for the 2020 season and there are no details available at this time. Continue to stay tuned to Brewers.com as more details become available. **Currently, no games have been officially canceled.**

---

[35] MLB.COM, *Miami Marlins 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/marlins/fans/update (last visited Apr. 19, 2020) (emphasis added).

[36] MLB.COM, *Milwaukee Brewers 2020 Season Updates – Frequently Asked Questions* (last updated Apr. 10, 2020), https://www.mlb.com/brewers/fans/2020-update?affiliateId=mil-2020updates-panel-031320 (last visited Apr. 19, 2020) (emphasis in original).

(updated as of Mar. 16, 2020), https://www.mlb.com/dodgers/fans/updates (last visited Apr. 19, 2020) (emphasis added).

q.   ***Minnesota Twins 2020 Season Updates***[37]

The Minnesota Twins page on MLB's website states:

*[W]e continue to work in collaboration with Major League Baseball* on contingency plans related to the 2020 schedule, with the hope and goal to play as many games as possible when baseball resumes.
***The Twins and Major League Baseball are actively working on ticket policies*** for the games affected by this delay, and will continue to communicate information as available. The club also continues to work in close collaboration with MLB, the Minnesota Department of Health and national public health officials to monitor this evolving situation.

. . . .

Due to Major League Baseball's decision to delay the season due to COVID-19, there is no official start date for the regular season at this time. The Twins will continue to work with MLB to evaluate ongoing events leading up to any potential new start date for the 2020 season.

r.   ***New York Mets 2020 Season Updates***[38]

The New York Mets page on MLB's website states: "While there is no official start date for the regular season at this time, we will continue to work with MLB to evaluate ongoing events and will provide additional information as it becomes available."

s.   ***New York Yankees 2020 Season Updates***[39]

The New York Yankees page on MLB's website states:

When will the 2020 regular season start?

---

[37] MLB.COM, *Minnesota Twins 2020 Season Updates* (last updated Mar. 24, 2020), https://www.mlb.com/twins/tickets (last visited Apr. 19, 2020) (emphasis added).
[38] MLB.COM, *New York Mets 2020 Season Updates – Frequently Asked Questions* (last updated Mar. 17, 2020), https://www.mlb.com/mets/team/updates (last visited Apr. 19, 2020).
[39] MLB.COM, *New York Yankees 2020 Season Updates – Frequently Asked Questions* (last updated Apr. 1, 2020), https://www.mlb.com/yankees/fans/update?affiliateId=DC-9420994-138306462524-124654474-1342144114 (last visited Apr. 19, 2020) (emphasis in original).

21

CLASS ACTION COMPLAINT

The start of the 2020 regular season will be determined by Major League Baseball and will be dependent on the lifting of National/State/City Emergency Declarations that will permit games to be played in Yankee Stadium.

There is no official start date for the regular season at this time. The Yankees will continue to work with MLB to evaluate ongoing events. We will provide additional information and updates as they become available.

How will the schedule be adjusted for the 2020 season?

MLB and the Clubs have been preparing a variety of contingency plans regarding the 2020 regular season schedule. **No games have been canceled.** MLB will announce the effects on the schedule at an appropriate time, with the hope of resuming normal operations as soon as possible.

t.    ***Oakland Athletics 2020 Season Updates***[40]

The Oakland Athletics page on MLB's website states: "***In coordination with MLB,*** the A's will provide more information about our plans, including our ticket policy for impacted games, as soon as it is available. We are committed to playing as many games as possible. When updated official information becomes available, the A's will communicate it to fans through a variety of channels, including Twitter (@athletics) and on athletics.com/update."

u.    ***Philadelphia Phillies 2020 Season Updates***[41]

The Philadelphia Phillies page on MLB's website states: "of the 2020 regular season will be pushed back in accordance with that guidance. There is no official start date for the regular season at this time. ***The Phillies will continue to work with MLB*** to evaluate ongoing events. We will provide additional information and updates as they become available."

---

[40] MLB.COM, *Oakland Athletics 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/athletics/team/fan-update (last visited Apr. 19, 2020) (emphasis added).

[41] MLB.COM, *Philadelphia Phillies 2020 Season Updates - Phillies FAQs* (last updated Apr. 2, 2020), https://www.mlb.com/phillies/schedule/update (last visited Apr. 19, 2020) (emphasis added).

22

v.    ***Pittsburgh Pirates 2020 Season Updates***[42]

The Pittsburgh Pirates page on MLB's website states: "There is no official start date for the regular season at this time. ***The Pirates will continue to work with MLB*** to evaluate ongoing events . . . . MLB and the Clubs have been preparing a variety of contingency plans regarding the 2020 regular season schedule. MLB will announce the effects on the schedule at an appropriate time . . . ."

w.    ***San Diego Padres 2020 Season Updates***[43]

The San Diego Padres page on MLB's website states: "There is no official start date for the regular season at this time. ***The Padres will continue to work with MLB to evaluate ongoing events.*** We will provide additional information and updates as they become available."

x.    ***San Francisco Giants 2020 Season Updates***[44]

The San Francisco Giants page on MLB's website states: "Major League Baseball has postponed the start of the 2020 regular season. All Giants games to be played at Oracle Park April 3- May 10 have been postponed with that guidance . . . . ***We are continuing to work closely with Major League Baseball*** and our local health and government officials to monitor the situation, and we will provide updates as information becomes available.

y.    ***Seattle Mariners 2020 Season Updates***[45]

The Seattle Mariners page on MLB's website states: "All Mariners games

---

[42] MLB.COM, *Pittsburgh Pirates 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/pirates/fans/2020-updates (last visited Apr. 19, 2020) (emphasis added).
[43] MLB.COM, *San Diego Padres 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/padres/fans/update (last visited Apr. 19, 2020) (emphasis added).
[44] MLB.COM, *San Francisco Giants 2020 Season Updates – Ticketing FAQs,* https://www.mlb.com/giants/fans/resource-center/ticketing (last visited Apr. 19, 2020) (emphasis added).
[45] MLB.COM, *Seattle Mariners 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/mariners/fans/resource-center/faq (last visited Apr. 19, 2020) (emphasis added).

CLASS ACTION COMPLAINT

scheduled to be played at T-Mobile Park through May 3 have been postponed. ***We will continue to work with MLB on plans regarding the 2020 regular season schedule*** and will announce the effects on the schedule as they become finalized."

z. ***St. Louis Cardinals 2020 Season Updates***

The St. Louis Cardinals page on MLB's website states: "While the start of the 2020 regular season has been delayed for at least two weeks, **no games have been cancelled**."[46]

"Ticketing Questions: We are working through our approach to handling ticket issues, and we will communicate details to fans soon. We appreciate your patience and understanding in the meantime."[47]

aa. ***Texas Rangers 2020 Season Updates***[48]

The Texas Rangers page on MLB's website states: "Neither the start date or length of the 2020 season has been determined at this time. The Texas Rangers will keep you and all our fans up-to-date on the latest news from MLB at ***texasrangers.com***."

bb. ***Toronto Blue Jays 2020 Season Update***[49]

The Toronto Blue Jays page on MLB's website states: "For the health and safety of *Blue Jays* fans, staff, and players, the club is in full support of Major League Baseball's decision to . . . delay the start of the 2020 regular season."

---

[46] MLB.COM, *St. Louis Cardinals 2020 Season Updates – Ticketing*, https://www.mlb.com/cardinals/fans/update (last visited Apr. 19, 2020) (emphasis in original).

[47] MLB.COM, *St. Louis Cardinals 2020 Season Updates – Mar. 18, 2020 Letter to Cardinal Fans from Bill DeWitt III*, https://www.mlb.com/cardinals/fans/update (last visited Apr. 19, 2020).

[48] MLB.COM, *Texas Rangers 2020 Season Updates – Frequently Asked Questions*, https://www.mlb.com/rangers/fans/update (last visited Apr. 19, 2020).

[49] MLB.COM, *Toronto Blue Jays 2020 Season Updates* (last updated Mar. 16, 2020), https://www.mlb.com/bluejays/team/statement (last visited Apr. 19, 2020).

24

CLASS ACTION COMPLAINT

**B.**    **Defendants Agree Not to Refund Tickets to Ticket Purchasers**

57.    No refunds have been issued to ticketholders. As alluded to in the Teams' 2020 updates,[50] this is because MLB has yet to formally cancel any of the games during the MLB 2020 season because it has merely "postponed" them. Thus, the Teams and the Ticket Merchants are not issuing refunds until MLB and Commissioner Manfred, in discussion with the Teams, formally decide to cancel the season.

58.    In concert with MLB and Commissioner Manfred, the Teams and the Ticket Merchants have agreed and complied with MLB's directive, and have not issued any refunds during this crisis despite the fact it is virtually impossible that a season can be played because (i) certain dates for games have already passed; (ii) government and health officials have indicated that games are not going to be played, and if so, likely without spectators; and, (iii) despite the fact that MLB itself has given indications that games will not be rescheduled as usual.

59.    As of the date of the filing of this complaint, dozens of games have already been missed by each respective Team, as Teams play on almost a daily basis during the regular season. Now that these games have not gone forward, it will be nearly impossible to replicate the experience for fans who had tickets for these games. This is also true for the fans who have tickets for any of the remaining games during the 2020 MLB season.

60.    The Defendants continue to retain enormous profits from tickets sold for the 2020 MLB season at the expense of fans' financial hardship. According to recent reporting, and with respect to tickets across the sports spectrum, "[m]ore than $1 billion in consumer capital is tied up in tickets to games that are stuck in limbo because of the pandemic, according to conservative estimates. It affects ticket holders of all stripes and trickles downstream to the secondary market … which faces its own financial reckoning if games are canceled."[51]

---

[50] *See supra* ¶¶ 55-56.

[51] *See supra* n.2.

61.     On April 15, 2020, the Executive Director of MLB's Player's Union, Tony Clark, expressed skepticism about the 2020 MLB regular season being played at all. Clark stated to USA Today, "Everything centers around two things, the amount of testing available and a vaccine. And how it can be mitigated in the public arena as much as the professional arena."[52]

62.     Also on April 15, 2020, government officials indicated that the games likely will not be played in stadiums with spectators. Dr. Anthony Fauci, the health care policy expert advising President Trump on the U.S.'s response to COVID-19, stated that he believes the only way professional sports will occur during the Summer of 2020 is if no fans are in attendance.[53] As Dr. Fauci stated with respect to spectators: "**Nobody comes to the stadium**."[54]

63.     Dr. Fauci's concerns about fans attending games came approximately a week after Seton Hall University conducted a poll about how safe Americans would feel "if sporting events resumed without a vaccine for the coronavirus. Just 13% of Americans said they would feel comfortable attending games the way they had in the past."[55]

64.     A recent *Wall Street Journal* article reported on baseball games proceeding without spectators:

---

[52] Bob Nightengale, *Opinion: Union chief Tony Clark still optimistic MLB will play game in some way*, USA TODAY (Apr. 15, 2020), https://www.usatoday.com/story/sports/mlb/https://www.usatoday.com/story/sports/mlb/columnist/bob-nightengale/2020/04/15/baseball-players-union-chief-tony-clark-hopeful-games-2020/5141102002/.

[53] *Dr. Anthony Fauci promotes fan-free return for* sports, ESPN NEWS SERVICE (Apr. 15, 2020), https://www.espn.com/espn/story/_/id/29038491/dr-anthony-fauci-promotes-single-site-fan-free-return-sports. *See also* Dayn Perry, *MLB's plan to have 30 teams in Arizona might be most viable path to 2020, report says*, CBS SPORTS (Apr. 13, 2020), https://www.cbssports.com/mlb/news/mlbs-plan-to-have-30-teams-in-arizona-might-be-most-viable-path-to-2020-season-report-says/.

[54] *Id.* (emphasis added).

[55] *Id.*

Just a few weeks ago, spectatorless sports were considered to be a worst-case scenario. Now, they're the aspiration—and Dr. Fauci is among those rooting for them.

"People say, 'Well, you can't play without spectators,'" Dr. Fauci said. "Well, I think you probably get enough buy-in from people who are dying to see a baseball game, particularly me. I'm living in Washington. We have the world-champion Washington Nationals. I want to see them play again."[56]

65.    MLB itself has indicated that the games will not be played as scheduled in their home stadiums with fans. MLB and MLB Players Association leadership recently "embraced" a potential plan that "would dictate that all 30 teams play games at stadiums with no fans in the Phoenix area."[57]

C.    **Conduct of Ticket Merchants with Respect to the COVID-19 Crisis**

66.    Not only are the Teams and Ticket Merchants refusing to issue refunds for games that were set to be played during the 2020 MLB regular season, they are also encouraging new ticket purchases from fans seeking to buy tickets for games whose calendar dates have not yet passed this season. The conduct of the Ticket Merchants during



[56] Jared Diamond and Lindsay Radnofsky, *Baseball Without Fans Sounded Crazy. It Just Might Work*, THE WALL STREET JOURNAL (Apr. 19, 2020), https://www.wsj.com/articles/baseball-without-fans-sounded-crazy-it-might-just-work-11587297600?mod=searchresults&page=1&pos=4
[57] Jeff Passan, *Sources: MLB, union focused on plan that could allow season to start as early as May in Arizona*, ESPN (Apr. 7, 2020), https://www.espn.com/mlb/story/_/id/29004498/mlb-union-focused-plan-allow-season-start-early-arizona.

the COVID-19 crisis suggests they have no intention of offering refunds to purchasers of tickets for the 2020 MLB regular season. In fact, StubHub is still advertising 2020 MLB regular season ticket sales as a main attraction on its website as of April 19, 2020.[58]



67.     Moreover, StubHub changed its refund policy in mid-March, 2020, with no notice to consumers. Whereas in the past, an event cancellation prompted a full refund from StubHub, with thousands of events now canceled because of the pandemic, StubHub claims it cannot afford the business practice and instead offers a 120% site credit once an event has been officially canceled.[59]

68.     StubHub President, Sukhinder Singh Cassidy was interviewed by Axiom.com on its position:

---

[58] STUBHUB, https://www.stubhub.com/ (last visited Apr. 18, 2020).
[59] The conduct of StubHub, with respect to its changed refund policy in light of COVID-19, is the subject of litigation pending in the Western District of Wisconsin. *See Matthew McMillan v. StubHub, Inc., et. al*, No. 3:20-cv-00319 (W.D. Wis.) (filed Apr. 2, 2020).

CLASS ACTION COMPLAINT

> In normal times, we would take the risk of giving refunds to buyers
> before recouping the same refund from the seller. At regular volume,
> we can afford to take that risk. But these are unprecedented times. I
> understand that by going first, our policy change may have come as a
> surprise to people. But remember, we're not the original sellers of the
> tickets or the holders of the inventory. So there's just no way for us to
> take that timing risk on behalf of sellers, at scale, all at the same time.[60]

Thus, StubHub is still attempting to profit off of the very season where it not only refuses to refund tickets, but claims it cannot afford to do so.

69.   Defendant Ticketmaster's website currently states that it refuses to refund MLB games even if they are canceled.[61]

70.   On April 16, 2020, U.S. Representatives, Katie Porter (D-CA) and Bill Pascrell, Jr. (D-NJ), wrote a scathing letter to Live Nation and Ticketmaster:

---

[60] Kendall Baker, *Why StubHub halted refunds*, AXIOS - Sports (Apr. 1, 2020), https://www.axios.com/why-stubhub-halted-refunds-4ee32449-fe27-414c-96af-c901635e018e.html.

[61] TICKETMASTER, https://help.ticketmaster.com/s/article/How-do-I-get-a refund?language=en_US (last visited Apr. 19, 2020).

29

We write to you today incredulous at Ticketmaster's announced policy to refuse refunds to all requesting fans for ticketed events postponed by the ongoing COVID-19 pandemic. With Americans weathering the brutal and continuing impacts of this global crisis, your decision to confiscate their money is reprehensible and should be reversed immediately.

….

Many of these suffering Americans are your customers. Their burden in the coming months is heavy. But instead of helping them lift that burden, your company has decided to make it heavier

….

In effect, your company is holding hostage money that could constitute a rent check, electric bill, or groceries to feed children.[62]

71.    On April 17, 2020, *The New York Times* reported that Live Nation Entertainment, Ticketmaster's owner, issued a statement that it would offer refunds and coupons for canceled and postponed shows, would be changing its policy with respect to issuing refunds for other events – like concerts.[63] **However, Live Nation failed to address refunds to ticketholders who purchased 2020 MLB regular season tickets through Ticketmaster**. With respect to other sporting events, Billboard reported that sources at Ticketmaster informed them that it cannot refund National Basketball Association or

---

[62] BILL PASCRELL, https://pascrell.house.gov/news/documentsingle.aspx?DocumentID=4260 (last visited Apr. 19, 2020). Also on April 16, *The New York Times* reported that State Senator James Skoufis, Chairman of the Senate Investigations and Government Operations Committee, urged the New York Attorney General to open a formal investigation into Ticketmaster's "recent change of policy regarding refunds on concerts that have been postponed as a result of the crisis" – "I ask the Attorney General to intervene in any means necessary, including a criminal inquiry, and strongly urge these corporations to reconsider their newly adopted policies and refund consumers who are struggling to survive." Ben Sisario and Graham Bowley, *New York Lawmaker Asks for Probe Into Ticketing Refund Policies*, THE NEW YORK TIMES (Apr. 16, 2020), https://www.nytimes.com/2020/04/16/arts/music/aeg-presents-ticketmaster-refunds.html.
[63] Ben Siscario, *Under Fire, Live Nation Outlines New Ticket Refund Plan*, THE NEW YORK TIMES (Apr. 17, 2020), https://www.nytimes.com/2020/04/17/arts/music/live-nation-refunds-virus.html.

CLASS ACTION COMPLAINT

National Hockey League game tickets without a directive from those respective leagues and teams.[64]

72.    The Plaintiffs were harmed by MLB's, MLB Ticket Merchants' and Team Defendants' coordination and cooperation as to a pretext of "postponed" games in order to avoid refunds to Plaintiffs and the Class members, and each of these Defendants are responsible for the harm to Plaintiffs and the Class because these Defendants were part of a conspiracy to violate California consumer and other laws, and avoid refunding monies paid by the Class Members.

73.    This agreement, cooperation and coordination by all Defendants to avoid refunding money to Class Members caused, and continues to cause, Plaintiffs and the Class members harm. Each of the Defendants is responsible, as each was aware that other Defendants have not refunded any money to the Plaintiffs and the Class Members for MLB 2020 ticket purchases; and that Defendants agreed with each other (explicitly or tacitly), and intended that the monies paid (including all ancillary costs) by Class members for MLB 2020 tickets not be refunded (in part or in full) in violation of California consumer and other laws.

74.    All of the actions of Defendants set forth above, incorporated herein, were in violation of the rights of Plaintiffs and the Class and committed in furtherance of the aforementioned conspiracy and agreements. Moreover, each of the aforementioned Defendants lent aid and encouragement and knowingly ratified and adopted the acts of the other. As a proximate result of the wrongful acts herein alleged, Plaintiffs and the Class have suffered, and continue to suffer, significant harm.

---

[64] Dave Brooks, *Ticketmaster Preparing Refund Plan for Thousands of Postponed Shows*, BILLBOARD (Apr. 17, 2020), https://www.billboard.com/articles/business/touring/9360740/ ticketmaster-preparing-refund-plan-for-thousands-of-postponed-shows.

CLASS ACTION COMPLAINT

# V.  CLASS ACTION ALLEGATIONS

75.  Plaintiffs bring this action on behalf of themselves and as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of the members of the following Classes:

> **Team Purchaser Class**: All persons and entities who purchased regular season tickets for MLB games directly from one or more Team Defendants for games scheduled to be played during the 2020 MLB season affected by COVID-19 that will not proceed as initially scheduled.

> **Resale Purchaser Class**: All persons and entities who purchased regular season tickets for MLB games directly from one or more Ticket Merchant Defendants for games scheduled to be played during the 2020 MLB season affected by COVID-19 that will not proceed as initially scheduled.

76.  Excluded from the Classes are the Defendants, and any of their respective members, affiliates, subsidiaries, officers, directors, employees, successors or assigns, the judicial officers, and their immediate family members; and Court staff assigned to this case. Plaintiffs reserve the right to modify or amend Class definitions, as appropriate, during the course of this litigation.

77.  This action has been brought and may be properly maintained on behalf of the Classes under the criteria of F.R.C.P Rule 23.

78.  **Numerosity – F.R.C.P. Rule 23(a)(1).** The members of each of the Classes are so numerous and geographically dispersed that individual joinder of all Class members is impracticable. The precise number of Class numbers is unknown to Plaintiffs but is likely to be ascertained by the Defendants' records. At a minimum, there are tens of thousands of Class Members.

79.  **Commonality and Predominance – F.R.C.P. Rule 23(a)(2) and (b)(3).** This action involves questions of law and fact common to the Classes, which predominate over any individual questions, including:

a.  Whether the Defendants engaged in the conduct alleged herein;

32

b.  Whether the Defendants violated California's Unfair Competition Law with respect to their treatment of refunding tickets for the 2020 MLB regular season to the Plaintiffs and the members of the Classes;

c.  Whether the Defendants violated California's Consumer Legal Remedies Act with respect to their treatment of refunding tickets for the 2020 MLB regular season to the Plaintiffs and the members of the Classes;

d.  Whether the Defendants were unjustly enriched by retaining profits from ticket sales for the 2020 MLB regular season;

e.  Whether certification of either or both of the proposed Classes is appropriate under F.R.C.P. Rule 23;

f.  Whether Class members are entitled to declaratory, equitable, or injunctive relief, and/or other relief (including a public injunction under the violations of California state law);

g.  Whether a public injunction includes restitution for the Class members; and

h.  The amount and nature of relief to be awarded to the Plaintiffs and Class members.

80.  **Typicality – F.R.C.P. Rule 23(a)(3).** Plaintiffs' claims are typical of the other Class members' claims because the Plaintiffs, like the other Class members, paid for MLB tickets to games during the 2020 MLB regular season. Regardless of the amount of tickets that were purchased, or from which Defendants the tickets were purchased, Plaintiffs and the Class members were all harmed because they bought said tickets and have not been refunded by Defendants during this unprecedented health and economic crisis – and games in the 2020 MLB season will almost certainly be canceled or will not be attended by spectators. Plaintiffs and Class members suffered economic injury – namely, the loss of ticket payments -- as a direct and proximate result of Defendants' failure to reimburse them.

Plaintiffs' claims arise from the same practices and course of conduct that give rise to the other Class members' claims.

81.    **Adequacy of Representation – F.R.C.P. Rule 23(a)(4).** Plaintiffs are adequate Class representatives because their interests do not conflict with the interests of the other Class members whom they seek to represent, Plaintiffs have retained counsel competent and experienced in complex class action litigation, and Plaintiffs intend to prosecute this action vigorously. Class members' interests will be fairly and adequately protected by Plaintiffs and their counsel.

82.    **Superiority of Adjudication as a Class Action – F.R.C.P. Rule 23(b)(3).** Because of the aforementioned allegations, and in an effort to preserve judicial economy, this case will be best maintained as a Class Action, which is superior to other methods of individual adjudication of these claims.

83.    **Certification of Specific Issues – F.R.C.P. Rule 23(c)(4).** To the extent that a Class does not meet the requirements of F.R.C.P. Rules 23(b)(2) or (b)(3), Plaintiff seeks certification of issues that will drive this litigation toward resolution.

84.    **Declaratory and Injunctive Relief – F.R.C.P. Rule 23(b)(2).** The Defendants have acted or refused to act on grounds generally applicable to Plaintiffs and the other Class members, thereby making appropriate final injunctive relief and declaratory relief, as described below, with respect to the Class members as a whole.

85.    Plaintiffs are unaware of any difficulties that are likely to be encountered in the m management of this action that would preclude its maintenance as a class action.

## VII.    <u>CLAIMS FOR RELIEF</u>

### <u>FIRST CLAIM FOR RELIEF</u>
**Violations of California's Consumer Legal Remedies Act Against All Defendants
Cal. Civ. Code § 1750, *et seq.***

86.    Plaintiffs repeat and re-allege the allegations in the Paragraphs above, as if fully alleged herein.

87.     Defendants' conduct constitutes violations under California's Legal Remedies Act, Cal. Civ. Code § 1750, *et seq.* (the "CLRA").

88.     Defendants' conduct falls within the meaning of this statute because they caused transactions resulting in the sale or lease of goods or services to consumers – namely, the sale of seat licenses to MLB games (a.k.a. tickets). MLB tickets are considered goods within the meaning of the statute under Civil Code § 1761(a) and the Defendants' sale of tickets is considered a service under Civil Code § 1761(b).

89.     Plaintiffs and members of the proposed Classes are consumers pursuant to this statute.

90.     Defendants violated the Consumer Legal Remedies Act by way of the following provisions:

- In violation of Civil Code § 1770(a)(5), the Defendants represented (and continue to represent) that their goods have characteristics which they do not have – mainly that they provide access to 2020 MLB regular season games; and

- In violation of Civil Code § 1770(a)(14), the Defendants represented (and continue to represent) that a transaction involves rights, remedies, and/or obligations which they did not have.

91.     Defendants are aware that their representations that the 2020 MLB regular season will be played is false and misleading.

92.     This claim is for equitable relief only and does not assert money damages. Plaintiffs reserve the right to amend the complaint in the future to plead money damages if the Defendants do not appropriately remedy their CLRA violations.

93.     Plaintiffs request that the Court issue sufficient equitable relief to restore Class members to the position they would have been had the Defendants not engaged in unlawful business practices; injunctive relief as necessary; a public injunction including (i) providing full restitution to the Plaintiff and the Class members including a full refund of the ticket

price and all ancillary costs; (ii) enjoinment of Defendants from committing future violations of California's Unfair Competition Law; (iii) requiring Defendants to provide an accounting of all monies obtained for 2020 MLB regular season tickets; (iv) requiring defendants to give individualized notice to all consumers who purchased 2020 MLB regular season tickets of their rights with respect to the Defendants' violations of California law; (v) requiring Defendants to provide individualized notice to each consumer of the procedures available for enforcing their rights; (vi) a prohibition on the Defendants' future denials of refunds for 2020 MLB regular season tickets; and (vii) full restitution to the Plaintiffs and the Class members.

## <u>SECOND CLAIM FOR RELIEF</u>
### Violations of the Unfair Competition Law Against All Defendants
### Cal. Bus. & Prof. Code § 17200, *et seq.*

94.   Plaintiffs repeat and re-allege the allegations in the Paragraphs above, as if fully alleged herein.

95.   Defendants' conduct constitutes unfair business acts or practices under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*

96.   Defendants' business practices are considered to be "unfair" because they violate California's Unfair Competition Law, which states that unfair acts are acts where the reasons, justifications and motivations of the Defendant(s) are outweighed by the harm to the Plaintiff(s).

97.   A business practice is also considered to be "unfair" if the conduct alleged is immoral, unethical, oppressive, or substantially injurious to consumers; as well as if the conduct alleged causes an injury which is not outweighed by any benefits to other consumers or to competition, and that the injury is of the type that the consumer could not have avoided. Defendants' conduct is "unfair" pursuant to the UCL under each of the three tests described in these paragraphs.

98.   Defendants' behavior constitutes unfair business practices under California law.

36

99.    Defendants' retention of Plaintiffs' and Class members' ticket payments and failure to refund same for MLB games which are not being played, and will likely be canceled or not involve spectators, does not outweigh the economic harm that said retention imposes on consumers. The only parties who benefit are Defendants. Defendants' failure to refund consumers their payments for games not being play during a historic, world-wide health and economic crisis – is immoral, unethical, oppressive, and substantially injures consumers.

100.    The Plaintiffs and the Class members had no way of knowing that the Defendants had no intention of refunding them in the event that a public health and economic crisis were to occur. And, as the Defendants continue to unfairly retain the payments of consumers for tickets of games that are not going to be played, this conduct continues to be unfair under California law. Refusing to refund money paid by consumers for games which will not proceed, and changing long-standing policies to issue refunds (as alleged herein) to shift the economic burden from multi-billion dollar enterprises to consumers in the middle of a national tragedy is exactly the sort of unscrupulous, and inexcusable business practice that the UCL was enacted to address.

101.    As a result of Defendants' conduct, the Plaintiffs and the Class members have suffered injury-in-fact by way of lost assets. Plaintiffs request that the Court issue sufficient equitable relief to restore them and Class members to the position they would have been had the Defendants not engaged in unfair business practices; injunctive relief as necessary; and a public injunction including (i) providing full restitution to the Plaintiff and the Class members including a full refund of the ticket price and all ancillary costs; (ii) requiring Defendants to provide an accounting of all monies obtained for 2020 MLB regular season tickets; (iii) requiring Defendants to give individualized notice to all consumers who purchased 2020 MLB regular season tickets of their rights with respect to the Defendants' violations of California law; (iv) requiring Defendants to provide individualized notice to

each consumer of the procedures available for enforcing their rights; and (v) a prohibition on the Defendants' future denials of refunds for 2020 MLB regular season tickets.

## THIRD CLAIM FOR RELIEF

### Violations of California's Unfair Competition Law Against All Defendants
### Cal. Bus. & Prof. Code § 17200, *et seq.*

102.   Plaintiffs repeat and re-allege the allegations in the Paragraphs above, as if fully alleged herein.

103.   Defendants' conduct constitutes unlawful business acts or practices under California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.* Defendants' business practices are unlawful because they violate California's Consumer Legal Remedies Act, Cal. Civ. Code § 1750.

104.   As a result of the Defendants' unlawful business acts and practices, Plaintiffs and Class members have suffered an injury-in-fact by way of lost assets.

105.   Plaintiffs request that the Court issue sufficient equitable relief to restore Class members to the position they would have been had the Defendants not engaged in unlawful business practices; injunctive relief as necessary; and a public injunction including (i) providing full restitution to the Plaintiff and the Class members including a full refund of the ticket price and all ancillary costs; (ii) enjoinment of Defendants from committing future violations of California's Unfair Competition Law; (iii) requiring Defendants to provide an accounting of all monies obtained for 2020 MLB regular season tickets; (iv) requiring Defendants to give individualized notice to all consumers who purchased 2020 MLB regular season tickets of their rights with respect to the Defendants' violations of California law; (v) requiring Defendants to provide individualized notice to each consumer of the procedures available for enforcing their rights; and (vi) a prohibition on the Defendants' future denials of refunds for 2020 MLB regular season tickets.

**FOURTH CLAIM FOR RELIEF**
**Civil Conspiracy against all Defendants**

106.   Plaintiffs repeat and re-allege the allegations in the Paragraphs above, as if fully alleged herein.

107.   The Plaintiffs were harmed by MLB's, MLB Ticket Merchants' and Team Defendants' coordination and cooperation as to a pretext of "postponed" games in order to avoid refunds to Plaintiffs and the Class members, and each of these Defendants are responsible for the harm to Plaintiffs and the Class because these Defendants were part of a conspiracy to violate California consumer and other laws, and avoid refunding monies paid by the Class Members.

108.   This agreement, cooperation and coordination by all Defendants to avoid refunding money to Class Members caused, and continues to cause, Plaintiffs and the Class members harm. Each of the Defendants is responsible, as each was aware that other Defendants have not refunded <u>any money</u> to the Plaintiffs and the Class Members for MLB 2020 ticket purchases; and that Defendants agreed with each other (explicitly or tacitly), and intended that the monies paid (including all ancillary costs) by Class members for MLB 2020 tickets not be refunded (in part or in full) in violation of California consumer and other laws.

109.   All of the actions of Defendants set forth above, incorporated herein, were in violation of the rights of Plaintiffs and the Class and committed in furtherance of the aforementioned conspiracy and agreements. Moreover, each of the aforementioned Defendants lent aid and encouragement and knowingly ratified and adopted the acts of the other. As a proximate result of the wrongful acts herein alleged, Plaintiffs and the Class have suffered, and continue to suffer, significant harm.

110.   Defendants have failed to offer any refunds at all.  Even if some games can be played for the MLB 2020 season, it is near certainty that no fans will attend. As such, at a minimum, the Defendants should acknowledge this and recognize that its loyal fans cannot bear the entire brunt of the economic hardship of the pandemic while Team owners and

Ticket Merchants keep the Plaintiffs' money. At this point, Defendants must at a minimum offer a plan to refund monies owed to the Class.

## FIFTH CLAIM FOR RELIEF
### Unjust Enrichment against All Defendants

111.   Plaintiffs repeat and re-allege the allegations in the Paragraphs above, as if fully alleged herein.

112.   The Defendants have received a benefit at the expense of Plaintiffs and the other Class members to which they are not entitled. Plaintiffs and the Class members paid substantial amounts for MLB tickets for 2020 MLB regular season games. However, the games are unlikely to be played, or to be played without fans in attendance, due to a world-wide health and economic crisis. Accordingly, the Defendants should refund the money paid for 2020 MLB regular season games, as equity demands.

113.   The Defendants have been unjustly enriched by retaining the money paid by Plaintiff and other proposed Class members for 2020 MLB regular season game tickets but failing to provide the games, and ticket buyer access to same, for which those monies were paid. Equity requires a disgorgement of the profits made from tickets sold for the 2020 MLB regular season.

## VIII.    REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that the Court enter judgment against Defendants as follows:

A.      Certify this case as a class action representing the Classes as defined in ¶ 74 pursuant to F.R.C.P. Rule 23, designate Plaintiffs as representatives for the Classes, and appoint counsel of record as class counsel;

B.      Declare Defendants' conduct unlawful under the statutes and causes of action pled herein;

C.      Order Defendants to provide the relief requested within each pled cause of action, which are wholly incorporated by reference herein, including an order for a public

injunction: (i) providing full restitution to the Plaintiff and the Class members including a full refund of the ticket price and all ancillary costs, (ii) requiring Defendants to provide an accounting of all monies obtained for 2020 MLB regular season tickets, (iii) requiring Defendants to give individualized notice to all consumers who purchased 2020 MLB regular season tickets of their rights with respect to the Defendants' violations of California law, (iv) requiring Defendants to provide individualized notice to each consumer of the procedures available for enforcing their rights, and (v) prohibiting Defendants' future denials of refunds for 2020 MLB regular season tickets; (vi) ordering Defendants to disgorge profits unjustly retained; ordering Defendants to pay pre-judgment and post-judgment interest as allowed under California law.

D.     Order Defendants to pay for the costs of the proceedings herein as well as reasonable attorney's fees as allowable by statute;

E.     Order Defendants to proffer an equitable plan to refund the Plaintiffs' and the Class members' monies; and

F.     Any other such relief that this Court deems necessary and proper.

## IX.     JURY TRIAL DEMANDED

Plaintiffs and members of the Classes hereby demand a trial by jury of all issues so triable.

41

DATED:  April 20, 2020

Respectfully submitted,

**MILBERG PHILLIPS GROSSMAN LLP**

*/s/ David Azar*

David Azar (State Bar No. 218319)
16755 Von Karman Avenue, Suite 200
Irvine, California 92606
Telephone: 212-594-5300
Email: dazar@milberg.com

Marc Grossman (*PVH Forthcoming*)
Peggy Wedgworth (*PVH Forthcoming*)
Andrei Rado (*PVH Forthcoming*)
Jennifer Czeisler (*PVH Forthcoming*)
Blake Yagman (*PVH Forthcoming*)
Michael Acciavatti (*PHV Forthcoming)**
     *(admitted only in Pennsylvania)
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, New York 10119
Telephone: 212-594-5300
Email:   mgrossman@milberg.com
         pwedgworth@milberg.com
         arado@milberg.com
         jczeisler@milberg.com
         byagman@milberg.com
         macciavatti@milberg.com

CLASS ACTION COMPLAINT