**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MATTHEW AJZENMAN; SUSAN TERRY-BAZER; BENNY WONG; ALEX CANELA; JEREMY WOOLLEY; AMANDA WOOLLEY; ANNE BERGER CATHEY MATTINGLY; BLAKE WOLLAM; and KRYSTAL MOYER, on behalf of themselves, and all others who are similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, et al.,<br><br>             Defendants. | **CASE NO. CV 20-03643-DSF (JEMx)**<br><br>**ORDER ON JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANTS STUBHUB, INC. AND LAST MINUTE TRANSACTIONS, INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS**<br><br>**DATE:** September 14, 2020<br>**TIME:** 1:30 p.m.<br>**JUDGE:** Hon. Dale S. Fischer<br>**COURTROOM: 7D** |

Pending before this Court is a Joint Stipulation setting the briefing schedule on Defendants StubHub, Inc. and Last Minute Transactions, Inc.'s Motion to Compel Arbitration and Motion to Dismiss ("Joint Stipulation") filed by the aforementioned Defendants and Plaintiffs Matthew Ajzenman, Susan Terry-Bazer, Benny Wong, Alex Canela, Jeremy Woolley, Amanda Woolley, Anne Berger, Cathey Mattingly, Blake Wollam, and Krystal Moyer (together, the "Plaintiffs"). Upon consideration of the Joint Stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Joint Stipulation is **GRANTED**. The Court orders as follows:

a.  Plaintiffs shall file any oppositions to the aforementioned Defendants' Motions on or before August 7, 2020.

b.  The aforementioned Defendants shall file any replies on or before August 26, 2020.

c.  Any hearing on the Motions shall be held on September 14, 2020 at 1:30 p.m., or as soon thereafter as the Court's calendar allows.

IT IS SO ORDERED.

DATED: July 13, 2020

Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE