1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW AJZENMAN; SUSAN TERRY-BAZER; BENNY WONG; ALEX CANELA; JEREMY WOOLLEY; AMANDA WOOLLEY; ANNE BERGER; CATHEY MATTINGLY; BLAKE WOLLAM; and KRYSTAL MOYER, on behalf of themselves, and all others who are similarly situated, | Case No. 2-20-cv-03643-DSF (JEMx) **ORDER GRANTING STIPULATION SETTING BRIEFING SCHEDULE ON BASEBALL DEFENDANTS' MOTIONS TO DISMISS AND TO COMPEL ARBITRATION [80]** Judge: Hon. Judge Dale S. Fischer |
| Plaintiffs, | |
| v. | Date Filed: April 20, 2020 |
| OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ROBERT D. MANFRED, JR.; AZPB LIMITED PARTNERSHIP; AZPB I, INC; ATLANTA NATIONAL LEAGUE BASEBALL CLUB INC.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BALTIMORE ORIOLES INC; BALTIMORE BASEBALL CLUB INC.; BOSTON RED SOX BASEBALL CLUB LIMITED PARTNERSHIP; FENWAY SPORTS GROUP LLC; NEW ENGLAND SPORTS VENTURES, LLC; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX LTD.; CHISOX CORP.; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS | Trial Date:  None set |

1

BASEBALL COMPANY LP; COLORADO BASEBALL PARTNERSHIP; COLORADO ROCKIES BASEBALL CLUB, LTD.; OLYMPIA ENTERTAINMENT, INC.; DETROIT TIGERS, INC.; CRANE CAPITAL GROUP; HOUSTON ASTROS INC.; HOUSTON ASTROS LLC; KANSAS CITY ROYALS BASEBALL CORP.; KANSAS CITY ROYALS BASEBALL CLUB, INC.; ANGELS BASEBALL LP; MORENO BASEBALL LP; GUGGENHEIM BASEBALL MANAGEMENT LLC; LOS ANGELES DODGERS, INC.; MIAMI MARLINS L.P.; MIAMI MARLINS, INC.; MILWAUKEE BREWERS BASEBALL CLUB, INC.; MILWAUKEE BREWERS HOLDINGS LLC; MINNESOTA TWINS, LLC; STERLING DOUBLEDAY ENTERPRISES LP; METS PARTNERS INC.; NEW YORK YANKEES PARTNERSHIP; YANKEE GLOBAL ENTERPRISES LLC; ATHLETICS INVESTMENT GROUP LLC.; PHILLIES LP; PITTSBURGH ASSOCIATES LP; PITTSBURGH BASEBALL, INC.; PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES L.P.; THE BASEBALL CLUB OF SEATTLE LLLP; BASEBALL OF SEATTLE INC.; ST. LOUIS CARDINALS LLC; ST. LOUIS NATIONAL BASEBALL CLUB INC.; TAMPA BAY RAYS LTD.; RANGERS BASEBALL EXPRESS LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; TORONTO BLUE JAYS BASEBALL LTD; WASHINGTON NATIONALS BASEBALL CLUB LLC; TICKETMASTER LLC; LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.; STUBHUB, INC.; LAST MINUTE TRANSACTIONS, INC.; and JOHN DOE CORPORATIONS 1-75,

Defendants.

Pending before this Court is a Stipulation Setting a Briefing Schedule on Baseball Defendants' Motions to Dismiss and to Compel arbitration filed by the Plaintiffs Matthew Ajzenman, Susan Terry-Bazer, Benny Wong, Alex Canela, Jeremy Woolley, Amanda Woolley, Anne Berger, and the Baseball Defendants, specifically:

Office of the Commissioner of Baseball, an unincorporated association doing business as Major League Baseball; Commissioner Robert D. Manfred, Jr.; AZPB Limited Partnership; AZPB I, Inc.; Atlanta National League Baseball Club Inc.; Atlanta National League Baseball Club, LLC; Baltimore Orioles Limited Partnership; Baltimore Orioles Inc.; Baltimore Baseball Club Inc.; Boston Red Sox Baseball Club Limited Partnership; Fenway Sports Group LLC; New England Sports Ventures, LLC; Chicago Cubs Baseball Club, LLC; Chicago White Sox Ltd.; Chisox Corp.; The Cincinnati Reds, LLC; Cleveland Indians Baseball Company LP; Colorado Baseball Partnership; Colorado Rockies Baseball Club, Ltd.; Olympia Entertainment, Inc.; Detroit Tigers, Inc.; Crane Capital Group; Houston Astros Inc.; Houston Astros LLC; Kansas City Royals Baseball Corp.; Kansas City Royals Baseball Club, Inc.; Angels Baseball LP; Moreno Baseball LP; Guggenheim Baseball Management LLC; Los Angeles Dodgers, Inc.; Miami Marlins L.P.; Miami Marlins, Inc.; Milwaukee Brewers Baseball Club, Inc.; Milwaukee Brewers Holdings LLC; Minnesota Twins, LLC; Sterling Doubleday Enterprises LP; Mets Partners Inc.; New York Yankees Partnership; Yankee Global Enterprises LLC; Athletics Investment Group LLC.; Phillies LP; Pittsburgh Associates LP; Pittsburgh Baseball, Inc.; Padres, L.P.; San Francisco Baseball Associates L.P.; The Baseball Club Of Seattle LLLP; Baseball Of Seattle Inc.; St. Louis Cardinals LLC; St. Louis National Baseball Club Inc.; Tampa Bay Rays Ltd.; Rangers Baseball Express LLC; Rogers Blue Jays Baseball Partnership; Toronto Blue Jays Baseball Ltd; and, Washington Nationals Baseball Club LLC.

////

1   Upon consideration of the parties' Stipulation, and good cause appearing, IT
2   IS HEREBY ORDERED that the Stipulation is GRANTED.
3   Any oppositions to Baseball Defendants' motions to dismiss and to compel
4   and motion to stay shall be due September 2, 2020 and any replies shall be due
5   September 21, 2020.
6   IT IS SO ORDERED.
7
8   DATED:  July 30, 2020
9
10                                          Dale S. Fischer
11                                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28