David Azar (SBN 218319)
**MILBERG PHILLIPS GROSSMAN LLP**
16755 Von Karman Avenue, Suite 200
Irvine, CA 92606
Tel: (212) 594-5300
dazar@milberg.com

Alex R. Straus (SBN 321366)
**GREG COLEMAN LAW PC**
16748 McCormick Street
Los Angeles, CA 91436
Tel: (917) 471-1894
Fax: (865) 522-0049
alex@gregcolemanlaw.com

*Attorneys for the Plaintiffs*
*additional attorneys appear in signature

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MATTHEW AJZENMAN; SUSAN TERRY-BAZER; BENNY WONG; ALEX CANELA, JEREMY WOOLLEY; AMANDA WOOLLEY; ANNE BERGER; and KRYSTAL MOYER, on behalf of themselves and all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL, ROBERT D. MANFRED, JR.; AZPB Limited | Case No.: 2:20-cv-03643-DSF-JEM<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION** |

Partnership; AZPB I, INC; ATLANTA NATIONAL LEAGUE BASEBALL CLUB INC.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BALTIMORE ORIOLES INC; BALTIMORE BASEBALL CLUB INC.; BOSTON RED SOX BASEBALL CLUB LIMITED PARTNERSHIP; FENWAY SPORTS GROUP LLC; NEW ENGLAND SPORTS VENTURES, LLC; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX LTD.; CHISOX CORP.; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS BASEBALL COMPANY LP; COLORADO BASEBALL PARTNERSHIP; COLORADO ROCKIES BASEBALL CLUB, LTD.; OLYMPIA ENTERTAINMENT, INC.; DETROIT TIGERS, INC.; CRANE CAPITAL GROUP; HOUSTON ASTROS INC.; HOUSTON ASTROS LLC; KANSAS CITY ROYALS BASEBALL CORP.; KANSAS CITY ROYALS BASEBALL CLUB, INC.; ANGELS BASEBALL LP; MORENO BASEBALL LP; GUGGENHEIM BASEBALL MANAGEMENT LLC; LOS ANGELES DODGERS, INC.; MIAMI MARLINS L.P.; MIAMI MARLINS, INC.; MILWAUKEE BREWERS BASEBALL CLUB, INC.; MILWAUKEE BREWERS HOLDINGS LLC; MINNESOTA TWINS, LLC; STERLING DOUBLEDAY ENTERPRISES LP; METS PARTNERS INC.; NEW YORK YANKEES PARTNERSHIP;

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | YANKEE GLOBAL ENTERPRISES LLC; ATHLETICS INVESTMENT GROUP LLC.; PHILLIES LP; PITTSBURGH ASSOCIATES LP; PITTSBURGH BASEBALL, INC.; PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES L.P.; THE BASEBALL CLUB OF SEATTLE LLLP; BASEBALL OF SEATTLE INC.; ST. LOUIS CARDINALS LLC; ST. LOUIS NATIONAL BASEBALL CLUB INC.; TAMPA BAY DEVIL RAYS LTD.; RANGERS BASEBALL EXPRESS LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; TORONTO BLUE JAYS BASEBALL LTD; WASHINGTON NATIONALS BASEBALL CLUB LLC; TICKETMASTER LLC; LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.; STUBHUB, INC.; LAST MINUTE TRANSACTIONS, INC.; and JOHN DOE CORPORATIONS 1-75,<br><br>                    Defendants. |

1-28

Plaintiffs respectfully submit this Notice of Supplemental Authority in support of their Oppositions to Defendants' pending Motions to Dismiss and/or Motions to Compel Arbitration. In particular, Plaintiffs submit this Notice of Supplemental Authority in support of: (1) Plaintiff Terry-Bazer's Opposition to the Ticketmaster Defendants' Motion to Compel Arbitration, ECF No. 82; (2) Plaintiffs' Memorandum of Points and Authorities in Opposition to Ticketmaster and Live Nation's Motion to Dismiss, ECF No. 84; (3) Plaintiffs Alex Canela and Amanda Woolley's Opposition to the Stubhub Defendants' Motion to Compel Arbitration, ECF No. 85; (4) Plaintiffs' Memorandum of Points and Authorities in Opposition to Stubhub and Last Minute Transaction's Motion to Dismiss, ECF No. 87; (5) Plaintiffs' Response in Opposition to Motion to Dismiss or, in the Alternative, to Compel Arbitration, on Behalf of Athletics Investment Group LLC and San Francisco Baseball Associates, L.P., ECF No. 98; and (6) Corrected Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss Claims Against Office of the Commissioner *et al.* for Lack of Jurisdiction, ECF No. 99.[1]

---

[1] These motions and related oppositions are scheduled for two separate hearings. The Stubhub, Last Minute Transaction, and Ticketmaster Defendants' Motions to Dismiss and/or Motions to Compel Arbitration (ECF Nos. 61, 65, 68, and 70) are scheduled for a hearing on September 14, 2020, at 1:30 p.m. The Baseball Defendants' Motions to Dismiss and/or Motions to Compel Arbitration (ECF Nos. 77-78) are scheduled for a hearing on October 5, 2020, at 1:30 p.m. A separate motion, the Baseball Defendants' Motion to Stay Discovery (ECF No. 79), is also scheduled for a hearing on October 5, 2020, at 1:30 p.m.

In *Berman v. Freedom Financial Network, LLC*, No. 18-cv-01060-YGR, 2020 U.S. Dist. LEXIS 160406 (N.D. Cal. Sept. 1, 2020), the court denied the defendants' motion to compel arbitration. *Id.* at *2. The *Berman* court considered whether an arbitration agreement had been formed through various links presented on a website and ultimately determined that no arbitration agreement existed. *Id.* at *2-9.

The court's opinion in *Berman* is relevant to the arguments Plaintiffs raise in their Oppositions to Defendants' Motions to Dismiss and/or Motions to Compel Arbitration. A copy of the *Berman* opinion is attached.

DATED: September 8, 2020

Respectfully submitted,

/s/ *Alex R. Straus*
Alex R. Straus (SBN 321366)
**GREG COLEMAN LAW PC**
16748 McCormick Street
Los Angeles, CA 91436
Tel: (917) 471-1894
Fax: (865) 522-0049
alex@gregcolemanlaw.com

William A. Ladnier (SBN 330334)
**GREG COLEMAN LAW PC**
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: (865) 247-0080
Fax: (865) 522-0049
will@gregcolemanlaw.com

David Azar (SBN 218319)
**MILBERG PHILLIPS GROSSMAN LLP**
16755 Von Karman Avenue, Suite 200
Irvine, CA 92606
Tel: (212) 594-5300
dazar@milberg.com

Marc Grossman (admitted *pro hac vice*)
Peggy J. Wedgworth (admitted *pro hac vice*)
Andrei V. Rado (admitted *pro hac vice*)
Blake Yagman (admitted *pro hac vice*)
Michael A. Acciavatti (admitted *pro hac vice*)
**MILBERG PHILLIPS GROSSMAN LLP**
One Pennsylvania Plaza, Suite 1920
New York, NY 10119
Tel: (212) 594-5300
mgrossman@milberg.com
pwedgworth@milberg.com
arado@milberg.com
byagman@milberg.com
macciavatti@milberg.com

# CERTIFICATE OF SERVICE

The undersigned certifies that on this 8th day of September, a copy of PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

/s/ *Alex R. Straus*
Alex R. Straus