# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MATTHEW AJZENMAN, et al.,<br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE<br>COMMISSIONER OF<br>BASEBALL d/b/a MAJOR<br>LEAGUE BASEBALL, et al.,<br>Defendants. | CV 20-3643 DSF (JEMx)<br><br>ORDER RE ENTRY OF<br>PARTIAL JUDGMENT |

The Court has dismissed the claims of Plaintiffs Matthew Ajzenman, Jeremy Woolley, Anne Berger, and Krystal Moyer against Defendants Office of the Commissioner of Baseball; Robert D. Manfred, Jr; AZPB Limited Partnership; AZPB, Inc.; Atlanta National League Baseball Club Inc.; Atlanta National League Baseball Club, LLC; Baltimore Orioles Limited Partnership; Baltimore Orioles Inc.; Baltimore Baseball Club Inc.; Boston Red Sox Baseball Club Limited Partnership; Fenway Sports Group LLC; New England Sports Ventures, LLC; Chicago Cubs Baseball Club LLC; Chicago White Sox Ltd.; Chisox Corp.; The Cincinnati Reds, LLC; Cleveland Indians Baseball Company LP; Colorado Baseball Partnership; Colorado Rockies Baseball Club, Ltd.; Olympia Entertainment, Inc.; Detroit Tigers, Inc.; Crane Capital Group; Houston Astros Inc.; Houston Astros LLC; Kansas City Royals Baseball Corp.; Kansas City Royals Baseball Club, Inc.; Angels Baseball LP; Moreno Baseball LP; Guggenheim Baseball Management LLC; Los Angeles Dodgers, Inc.; Miami Marlins L.P.; Miami Marlins, Inc.; Milwaukee Brewers Baseball Club, Inc.; Milwaukee Brewers Holdings LLC; Minnesota Twins, LLC; Sterling

Doubleday Enterprises LP: Mets Partners Inc.; New York Yankees Partnership; Yankee Global Enterprises LLC; Phillies LP; Pittsburgh Associates LP; Pittsburgh Baseball, Inc.; Padres, L.P.; San Francisco Baseball Associates L.P.; The Baseball Club Seattle LLLP; Baseball of Seattle Inc.; St. Louis Cardinals LLC; St. Louis National Baseball Club Inc.; Tampa Bay Devil Rays Ltd.; Rangers Baseball Express LLC; Rogers Blue Jays Baseball Partnership; Toronto Blue Jays Baseball Ltd.; Washington Nationals Baseball Club LLC.  Although some claims were dismissed with leave to amend, no amended complaint was filed.

The parties are to advise the Court no later than January 7, 2021 whether it is appropriate for the Court to enter judgment in favor of some or all of these Defendants or whether there is any just reason to delay entry of judgment.  See Fed. R. Civ. P. 54(b).  One or more proposed partial judgments should be submitted if applicable.

Date: December 21, 2020

Dale S. Fischer
United States District Judge