KEKER, VAN NEST & PETERS LLP
JOHN W. KEKER - # 49092
jkeker@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
BENJAMIN D. ROTHSTEIN - # 295720
brothstein@keker.com
BAILEY W. HEAPS - # 295870
bheaps@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendants
OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL,
*[See next page for list of represented Defendants]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW AJZENMAN; SUSAN TERRY-BAZER; BENNY WONG; ALEX CANELA; JEREMY WOOLLEY; AMANDA WOOLLEY; ANNE BERGER; CATHEY MATTINGLY; BLAKE WOLLAM; and KRYSTAL MOYER, on behalf of themselves, and all others who are similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ROBERT D. MANFRED, JR.; AZPB LIMITED PARTNERSHIP; AZPB I, INC; ATLANTA NATIONAL LEAGUE BASEBALL CLUB INC.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BALTIMORE ORIOLES INC.; | Case No. 2-20-cv-03643-DSF (JEMx)<br><br>**JOINT REQUEST FOR ENTRY OF JUDGMENT AND ORDER**<br><br>Date Filed:  April 20, 2020<br><br>Trial Date:  None set |

1

| | |
|---|---|
| 1 | BALTIMORE BASEBALL CLUB INC.; BOSTON RED SOX |
| 2 | BASEBALL CLUB LIMITED PARTNERSHIP; FENWAY SPORTS |
| 3 | GROUP LLC; NEW ENGLAND SPORTS VENTURES, LLC; |
| 4 | CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX LTD.; |
| 5 | CHISOX CORP.; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS |
| 6 | BASEBALL COMPANY LP; COLORADO BASEBALL |
| 7 | PARTNERSHIP; COLORADO ROCKIES BASEBALL CLUB, LTD.; |
| 8 | OLYMPIA ENTERTAINMENT, INC.; DETROIT TIGERS, INC.; CRANE |
| 9 | CAPITAL GROUP; HOUSTON ASTROS INC.; HOUSTON ASTROS |
| 10 | LLC; KANSAS CITY ROYALS BASEBALL CORP.; KANSAS CITY |
| 11 | ROYALS BASEBALL CLUB, INC.; ANGELS BASEBALL LP; MORENO |
| 12 | BASEBALL LP; GUGGENHEIM BASEBALL MANAGEMENT LLC; |
| 13 | LOS ANGELES DODGERS, INC.; MIAMI MARLINS L.P.; MIAMI |
| 14 | MARLINS, INC.; MILWAUKEE BREWERS BASEBALL CLUB, INC.; |
| 15 | MILWAUKEE BREWERS HOLDINGS LLC; MINNESOTA |
| 16 | TWINS, LLC; STERLING DOUBLEDAY ENTERPRISES LP; |
| 17 | METS PARTNERS INC.; NEW YORK YANKEES PARTNERSHIP; |
| 18 | YANKEE GLOBAL ENTERPRISES LLC; ATHLETICS INVESTMENT |
| 19 | GROUP LLC.; PHILLIES LP; PITTSBURGH ASSOCIATES LP; |
| 20 | PITTSBURGH BASEBALL, INC.; PADRES, L.P.; SAN FRANCISCO |
| 21 | BASEBALL ASSOCIATES L.P.; THE BASEBALL CLUB OF SEATTLE |
| 22 | LLLP; BASEBALL OF SEATTLE INC.; ST. LOUIS CARDINALS LLC; |
| 23 | ST. LOUIS NATIONAL BASEBALL CLUB INC.; TAMPA BAY RAYS |
| 24 | LTD.; RANGERS BASEBALL EXPRESS LLC; ROGERS BLUE |
| 25 | JAYS BASEBALL PARTNERSHIP; TORONTO BLUE JAYS BASEBALL |
| 26 | LTD; WASHINGTON NATIONALS BASEBALL CLUB LLC; |
| 27 | TICKETMASTER LLC; LIVE NATION WORLDWIDE, INC.; LIVE |
| 28 | NATION ENTERTAINMENT, INC.; STUBHUB, INC.; LAST MINUTE |

1  TRANSACTIONS, INC.; and JOHN DOE CORPORATIONS 1-75,
2
3             Defendants.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*List of represented Defendants (continued):*

ROBERT D. MANFRED, JR.; AZPB LIMITED PARTNERSHIP; AZPB I, INC; ATLANTA NATIONAL LEAGUE BASEBALL CLUB INC.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BALTIMORE ORIOLES INC.; BALTIMORE BASEBALL CLUB INC.; BOSTON RED SOX BASEBALL CLUB LIMITED PARTNERSHIP; FENWAY SPORTS GROUP LLC; NEW ENGLAND SPORTS VENTURES, LLC; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX LTD.; CHISOX CORP.; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS BASEBALL COMPANY LP; COLORADO BASEBALL PARTNERSHIP; COLORADO ROCKIES BASEBALL CLUB, LTD.; OLYMPIA ENTERTAINMENT, INC.; DETROIT TIGERS, INC.; CRANE CAPITAL GROUP; HOUSTON ASTROS INC.; HOUSTON ASTROS LLC; KANSAS CITY ROYALS BASEBALL CORP.; KANSAS CITY ROYALS BASEBALL CLUB, INC.; ANGELS BASEBALL LP; MORENO BASEBALL LP; GUGGENHEIM BASEBALL MANAGEMENT LLC; LOS ANGELES DODGERS, INC.; MIAMI MARLINS L.P.; MIAMI MARLINS, INC.; MILWAUKEE BREWERS BASEBALL CLUB, INC.; MILWAUKEE BREWERS HOLDINGS LLC; MINNESOTA TWINS, LLC; STERLING DOUBLEDAY ENTERPRISES LP; METS PARTNERS INC.; NEW YORK YANKEES PARTNERSHIP; YANKEE GLOBAL ENTERPRISES LLC; ATHLETICS INVESTMENT GROUP LLC.; PHILLIES LP; PITTSBURGH ASSOCIATES LP; PITTSBURGH BASEBALL, INC.; PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES L.P.; THE BASEBALL CLUB OF SEATTLE LLLP; BASEBALL OF SEATTLE INC.; ST. LOUIS CARDINALS LLC; ST. LOUIS NATIONAL BASEBALL CLUB INC.; TAMPA BAY RAYS LTD.; RANGERS BASEBALL EXPRESS LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; TORONTO BLUE JAYS BASEBALL LTD; WASHINGTON NATIONALS BASEBALL CLUB LLC

Pursuant to the Court's December 21, 2020 Order and Fed. R. Civ. P. 58(d), Plaintiffs Matthew Ajzenman, Susan Terry-Bazer, Benny Wong, Alex Canela, Jeremy Woolley, Amanda Woolley, Anne Berger, and Krystal Moyer, together with the Baseball Defendants, jointly request as follows:

1. On July 29, 2020, the Office of the Commissioner, Robert D. Manfred, Jr., and the legal entities affiliated with the 30 Major League Baseball ("MLB") Clubs (collectively the "Baseball Defendants")[1] filed motions to dismiss all claims pleaded against them in the Amended Complaint or to compel arbitration of those claims. Docket Nos. 77, 78.

2. On October 6, 2020, the Court issued two Orders dismissing all claims against the Baseball Defendants, with one exception: the Court granted the motion by the legal entity affiliated with the Oakland Athletics, Athletics Investment Group LLC ("Athletics") to compel arbitration of Plaintiff Benny Wong's claims against it, and stayed those claims before this Court. Docket Nos. 110, 111.

3. The Court's October 6 Orders granted leave to amend as to certain of Plaintiffs' claims, required that any amended complaint be filed by November 2, 2020, and stated that "[f]ailure to file before that date will waive the right to [amend]." Docket No. 110 at 12, Docket No. 111 at 18.

4. On November 2, 2020, the Court granted Plaintiffs' request to extend the deadline for the filing of an amended complaint, from November 2, 2020, to November 16, 2020. Docket No. 115.

5. No amended complaint has been filed.

6. On December 21, 2020, the Court issued an order requiring the parties to advise whether entry of judgment was appropriate as to all Baseball Defendants except the Athletics.

7. Entry of judgment in favor of the Baseball Defendants specified in the December 21 Order is appropriate and there is no just reason to delay entry of

---

[1] A full list of the Baseball Defendants is provided on Page 4.

judgment in favor of those Defendants.

8. Furthermore, Plaintiff Benny Wong has not filed an arbitration against the Athletics.

9. The parties jointly request that the Court enter an order dismissing the claims by Plaintiff Benny Wong against the Athletics, with prejudice. A Proposed Order granting that relief has been filed concurrently herewith.

10. Entry of judgment in favor of the Athletics is appropriate and there is no just reason to delay entry of judgment in favor of the Athletics.

11. The parties jointly request entry of judgment in favor of all Baseball Defendants on all claims alleged in the above-entitled action. A Proposed Judgment has been filed concurrently herewith.

| | | |
|---|---|---|
| Dated: January 6, 2020 | | MILBERG PHILLIPS GROSSMAN LLP |
| | By: | /s/Peggy Wedgworth |
| | | PEGGY WEDGWORTH |
| | | Counsel for Plaintiffs MATTHEWS AJZENMAN, SUSAN TERRYBAZER, BENNY WONG, ALEX CANELA, JEREMY WOOLLEY, AMANDA WOOLLEY, ANNE BERGER, and KRYSTAL MOYER |
| Dated: January 6, 2020 | | KEKER, VAN NEST & PETERS LLP |
| | By: | /s/R. Adam Lauridsen |
| | | JOHN W. KEKER R. ADAM LAURIDSEN BENJAMIN D. ROTHSTEIN BAILEY W. HEAPS |
| | | Attorneys for Defendants OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL *[See p. 4 for list of represented Defendants]* |

## ATTESTATION

Pursuant to Civil Local Rule 5-4, I, R. Adam Lauridsen, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the stipulation's content and have authorized the stipulation.

| | | |
|---|---|---|
| DATED: January 6, 2020 | By: | /s/R. Adam Lauridsen |
| | | R. ADAM LAURIDSEN |