UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATTHEW AJZENMAN; SUSAN TERRY-BAZER; BENNY WONG; ALEX CANELA; JEREMY WOOLLEY; AMANDA WOOLLEY; ANNE BERGER; CATHEY MATTINGLY; BLAKE WOLLAM; and KRYSTAL MOYER, on behalf of themselves, and all others who are similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as MAJOR LEAGUE BASEBALL; ROBERT D. MANFRED, JR.; AZPB LIMITED PARTNERSHIP; AZPB I, INC; ATLANTA NATIONAL LEAGUE BASEBALL CLUB INC.; ATLANTA NATIONAL LEAGUE BASEBALL CLUB, LLC; BALTIMORE ORIOLES LIMITED PARTNERSHIP; BALTIMORE ORIOLES INC.; BALTIMORE BASEBALL CLUB INC.; BOSTON RED SOX BASEBALL CLUB LIMITED PARTNERSHIP; FENWAY SPORTS GROUP LLC; NEW ENGLAND SPORTS VENTURES, LLC; CHICAGO CUBS BASEBALL CLUB, LLC; CHICAGO WHITE SOX LTD.; CHISOX CORP.; THE CINCINNATI REDS, LLC; CLEVELAND INDIANS BASEBALL COMPANY LP; COLORADO BASEBALL PARTNERSHIP; COLORADO ROCKIES BASEBALL CLUB, LTD.; OLYMPIA ENTERTAINMENT, INC.; DETROIT TIGERS, INC.; CRANE CAPITAL GROUP; HOUSTON | Case No. 2-20-cv-03643-DSF (JEMx)<br><br>**PARTIAL JUDGMENT** |

1

| | |
|---|---|
| 1 | ASTROS INC.; HOUSTON ASTROS LLC; KANSAS CITY ROYALS BASEBALL CORP.; KANSAS CITY ROYALS BASEBALL CLUB, INC.; ANGELS BASEBALL LP; MORENO BASEBALL LP; GUGGENHEIM BASEBALL MANAGEMENT LLC; LOS ANGELES DODGERS, INC.; MIAMI MARLINS L.P.; MIAMI MARLINS, INC.; MILWAUKEE BREWERS BASEBALL CLUB, INC.; MILWAUKEE BREWERS HOLDINGS LLC; MINNESOTA TWINS, LLC; STERLING DOUBLEDAY ENTERPRISES LP; METS PARTNERS INC.; NEW YORK YANKEES PARTNERSHIP; YANKEE GLOBAL ENTERPRISES LLC; ATHLETICS INVESTMENT GROUP LLC.; PHILLIES LP; PITTSBURGH ASSOCIATES LP; PITTSBURGH BASEBALL, INC.; PADRES, L.P.; SAN FRANCISCO BASEBALL ASSOCIATES L.P.; THE BASEBALL CLUB OF SEATTLE LLLP; BASEBALL OF SEATTLE INC.; ST. LOUIS CARDINALS LLC; ST. LOUIS NATIONAL BASEBALL CLUB INC.; TAMPA BAY RAYS LTD.; RANGERS BASEBALL EXPRESS LLC; ROGERS BLUE JAYS BASEBALL PARTNERSHIP; TORONTO BLUE JAYS BASEBALL LTD; WASHINGTON NATIONALS BASEBALL CLUB LLC; TICKETMASTER LLC; LIVE NATION WORLDWIDE, INC.; LIVE NATION ENTERTAINMENT, INC.; STUBHUB, INC.; LAST MINUTE TRANSACTIONS, INC.; and JOHN DOE CORPORATIONS 1-75, |
| 22 | Defendants. |

IT IS ORDERED, ADJUDGED AND DECREED that pursuant to the Court's rulings, final judgment on all claims in the above-entitled action is entered in favor of Defendants the Office of the Commissioner of Baseball; Robert D. Manfred, Jr; AZPB Limited Partnership; AZPB, Inc.; Atlanta National League Baseball Club Inc.; Atlanta National League Baseball Club, LLC; Baltimore Orioles Limited Partnership; Baltimore Orioles Inc.; Baltimore Baseball Club Inc.;

1  Boston Red Sox Baseball Club Limited Partnership; Fenway Sports Group LLC;
2  New England Sports Ventures, LLC; Chicago Cubs Baseball Club LLC; Chicago
3  White Sox Ltd.; Chisox Corp.; The Cincinnati Reds, LLC; Cleveland Indians
4  Baseball Company LP; Colorado Baseball Partnership; Colorado Rockies Baseball
5  Club, Ltd.; Olympia Entertainment, Inc.; Detroit Tigers, Inc.; Crane Capital Group;
6  Houston Astros Inc.; Houston Astros LLC; Kansas City Royals Baseball Corp.;
7  Kansas City Royals Baseball Club, Inc.; Angels Baseball LP; Moreno Baseball LP;
8  Guggenheim Baseball Management LLC; Los Angeles Dodgers, Inc.; Miami
9  Marlins L.P.; Miami Marlins, Inc.; Milwaukee Brewers Baseball Club, Inc.;
10 Milwaukee Brewers Holdings LLC; Minnesota Twins, LLC; Sterling Doubleday
11 Enterprises LP: Mets Partners Inc.; New York Yankees Partnership; Yankee Global
12 Enterprises LLC; Athletics Investment Group LLC; Phillies LP; Pittsburgh
13 Associates LP; Pittsburgh Baseball, Inc.; Padres, L.P.; San Francisco Baseball
14 Associates L.P.; The Baseball Club Seattle LLLP; Baseball of Seattle Inc.; St.
15 Louis Cardinals LLC; St. Louis National Baseball Club Inc.; Tampa Bay Devil
16 Rays Ltd.; Rangers Baseball Express LLC; Rogers Blue Jays Baseball Partnership;
17 Toronto Blue Jays Baseball Ltd.; and Washington Nationals Baseball Club LLC.
18 No costs or attorney's fees are awarded.

    IT IS SO ORDERED.

DATED:  January 7, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE