JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW AJZENMAN, et al., <br>         Plaintiffs, <br><br> v. <br><br> OFFICE OF THE COMMISSIONER OF BASEBALL d/b/a MAJOR LEAGUE BASEBALL, et al., <br>         Defendants. | CV 20-3643 DSF (JEMx) <br><br> JUDGMENT |

 The Court having advised the parties that in the absence of a status report filed no later than June 30, the remaining parties and claims would be dismissed, and no status report having been filed,

 IT IS ORDERED AND ADJUDGED that the remaining Plaintiffs take nothing, that the action be dismissed with prejudice, and that the remaining Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: July 19, 2021

            *Dale S. Fischer*
            Dale S. Fischer
            United States District Judge